.

IRS Insolvency Unit
PO Box 66778
Stop 5334 STL
Saint Louis MO 63166


US Attorney
400 E. 9th Street
Room 5510
Kansas City MO 64106


3M
2807 PAYSPHERE CIR
CHICAGO IL 60674


3M Company
575 West Murray Boulevard
Murray UT 84123-4611


ABBOTT LABORATORIES
PO BOX 92679
CHICAGO IL 60675-2679


Aetna Health Management, LLC
100 North Riverside Plaza, Suite 1800
Chicago IL 60606


AGILITY HEALTH INC
DEPT 771525
PO BOX 77000
DETROIT MI 48277-2000


AIR PRODUCTS
PO BOX 360545M
PITTSBURGH PA 15251-0545


Air Products
P O Box 360545M
Pittsburgh PA 15251-0545


Airgas
P O Box 802615
Chicago IL 60680-2615

AIRGAS MID AMERICA
PO BOX 802615
CHICAGO IL 60680-2615


Alere
P. O. Box 846153
Boston MA


ALETHA JORDAN
1806 SIMPSON AVE
WINFIELD KS 67156


Alimed Inc.
Accounts Receivable
P. O. Box 9135
Dedham MA 02027


ALLIANCE RADIOLOGY PA
9212 NIEMAN ROAD
OVERLAND PARK KS 66214


ALMA MUNICIPAL WATER
205 S COUNTY RD
PO BOX 229
ALMA MO 64001


ALMA TELEPHONE COMPANY
113 S COUNTY RD
ALMA MO 64001


ALPHA DELTA EPSILON
C/O RUN-WALK
1904 CYPRESS
HIGGINSVILLE, MO 64037


AMERICAN DIETETIC ASSOCIATION
GENERAL ACCOUNT
PO BOX 97215
CHICAGO IL 60607


AOA
DEP OF FINANCE
142 E ONTARIO ST
CHICAGO IL 60611-2864

AOK Plumbing
Heating & Cooling
1003 N. Miller
Sweet Springs MO


ARG
10965 GRANADA LANE
SUITE 205
LEAWOOD KS 66211


ATSU
800 WEST JEFFERSON STREET
KIRKSVILLE MO 63501-1497


BANC OF AMERICA LEASING
LEASE ADMIN CENTER
PO BOX 371992
PITTSBURGH PA 15250-7992


BARBARA BRODERSEN
BRODERSEN DIETARY CONSULT
7672 HWY 135
FLORENCE MO 65329


Bard Access Systems
605 North 5600 West
Salt Lake City UT 84116


BECKMAN COULTER
DEPT CH 10164
PALATINE IL 60055-0164


BERKEL INDIANA FOOD
1740 INDUSTRY DRIVE
SUITE E
INDIANAPOLIS IN 46219


BERNARD LUMBER
200 SPRING ST
SWEET SPRINGS MO 65351


Blue Cross Blue Shield of Kansas City
One Pershing Square
2301 Main Street
P. Box 419169
Kansas City MO 64141-6169

Boston Scientific
P. O. Box 8500-6205
Philadelphia PA


Boyce & Bynum Path Lab, P.C.
P. O. Box 7406
Columbia MO 65205


C.L. MCMICHAEL COMPANY
PO BOX 14542
LENEXA KS 66285-4542


CAH Acquisition Company # 1, LLC
dba Washington County Hospital
958 US Highway 64 East
Plymouth NC 27963


CAH Acquisition Company # 2, LLC
dba Oswego Medical Center
800 Barker Drive
Oswego KS 67356


CAH Acquisition Company # 3, LLC
dba Horton Community Hospital
240 West 18th Street
Horton KS 66439


CAH Acquisition Company # 4, Inc.
dba Drumright Regional Hospital
610 W. Truck Bypass
Drumright OK 74030


CAH Acquisition Company # 5, LLC
dba Hillsboro Community Hospital
701 S. Main Street
Hillsboro KS 67063


CAH Acquisition Company # 7, LLC
dba Prague Community Hospital
1322 Klabzuba Ave.
Prague OK 74864


CAH Acquisition Company # 9, LLC
dba Seiling Community Hospital
N Highway 60
Seiling OK 73663

CAH Acquisition Company #10, LLC
dba Yadkin Valley Community Hospital
624 W. Main Street
PO Box 68
Yadkinville NC 27055


CAH Acquisition Company #11, LLC
dba Lauderdale Community Hospital
326 Asbury Ave.
Ripley TN 38063-5577


CAH Acquisition Company #12, LLC
dba Fairfax Community Hospital
40 Hospital Road
Fairfax OK 74637


CAH Acquisition Company #16, LLC
dba Haskell Community Hospital
401 NW H Street
Stigler OK 74462


CARDINAL HEALTH
MEDICAL PRODUCTS & SVCS
PO BOX 70539
CHICAGO IL 60673-0539


Cardinal Health 110, Inc.
Pharmaceutical Distribution
5042 Collection Center Dr.
Chicago IL 60693


Cardinal Health 200, LLC
Medical Products & Services
P. O. Box 730112
Dallas TX 75373-0112


Cardinal Health 411, Inc.
PO Box 70539
Chicago IL 60673-0539


CARDINAL HEALTH PHMCY
PHARMACEUTICAL DIST
5042 COLLECTION CENTER DR
CHICAGO IL 60693

CARDMEMBER SVCS  VISA
PO BOX 790408
ST LOUIS MO 63179-0408


CARE FUSION ALARIS PRODUCTS
3698 COLLECTIONS CENTER
CHICAGO IL 60693


CareFusion
Lockbox 771952
1952 Solutions Center
Chicago IL 60677


Carefusion Solutions LLC
3750 Torrey View Court
San Diego CA 92130


CAREFUSION SOLUTIONS LLC PYXIS
LOCKBOX #771952
1952 SOLUTIONS CENTER
CHICAGO IL 60677-1009


CareLearning
100 Association Drive
Charleston WV 25311


CAROJOTO, LLC
909 Troost
Kansas City MO 64106


CARONDELET ORTHO SURGEONS
ATTN BILL HUSSEY
10777 NALL AVE
OVERLAND PARK KS 66211


CENTRAL COMPOUND PMCY SUPPLY
805 BELLE VISTA DR, STE 2
SPRINGFIELD KY 40069


CENTRAL MO FOOD EQUIPMENT
2208 NELWOOD DRIVE
COLUMBIA MO 65202

Century Link 00219
PO Box 2961
Phoenix AZ 85062-2961


Century Link 00579
PO Box 4300
Carol Stream IL 60197


CENTURYLINK
P.O. BOX 2961
PHOENIX AZ 85062-2961


Chance, Jolie R DO
607 South Main Street
Concordia MO 64020


Chandra, Ram MD


CIGNA Healthcare of St. Louis
7400 West 100th Street, Suite 400
Overland Park KS 66210


Cintas
P. O. Box 633842
Cincinnati OH


Cintas
P O Box 633842
Cincinnati OH 45263


CITY OF CONCORDIA
618 S MAIN ST
PO BOX 847
CONCORDIA MO 64020


Clia Laboratory Program
P. O. Box 530882
Atlanta GA


CLINICAL CODING SOLUTIONS
1700 SWIFT, SUITE 200
NORTH KANSAS CITY MO 64116

CLINISHARE INC
19600 E 39TH ST
ROOM 30335
INDEPENDENCE MO 64057


Clinishare, Inc.
19600 East 39th Street Toom 30335
Independence MO 64057


COMMUNITY BLOOD CENTER
PO BOX 26147
SHAWNEE MISSION KS 66225-6147


Computer Programs & Systems, Inc.
6600 Wall Street
Mobile AL 36695


Concepts for Business
8343 Melrose Drive
Overland Park KS 66214


CONCORDIA INDUSTRIAL
DEVELOPMENT CO INC
PO BOX 210
CONCORDIA MO 64020


Concordia Industrial Development Company
P O Box 210
Concordia MO 64020


CONCORDIAN
PO BOX 999
CONCORDIA MO 64020


CONSOLIDATED ELECTRICAL DIST
310 THOMPSON ROAD
SEDALIA MO 65301


CONSUMER ADJUSTMENT CO
DBA CACI
PO BOX 270480
ST LOUIS MO 63127-0480

COVENTRY HEALTH & LIFE
PO BOX 6512
CAROL STREAM IL 60197-6512


Coventry Health Care of Kansas, Inc.
P O Box 6512
Carol Stream IL 60197


CPSI
PO BOX 850309
MOBILE AL 36685-0309


CROWN LINEN
P. O. Box 597
MEXICO MO 65265-0597


Crown Linen Service
215 S. Jefferson
Mexico MO


Crown Linen Service, Inc.
P O Box 597
Mexico MO 65265


Debra Koch
607 South Main
Concordia MO 64020


DEX ONE
PO BOX 9001401
Louisville KY 40290


DFP, LLP
co JE Dunn Construction Group
1001 Locust Street
Kansas City MO 64106


DIAGNOSTIC TECHNOLOGY CONSULT
5930 ROE AVENUE
MISSION KS 66205


DIGITAL TRANSCRIPTION
SERVICES INC
PO BOX 26243
OKLAHOMA CITY OK 73126

Dish Network
P. O. Box 105169
Atlanta GA


Docs Who Care
1337 S. Fountain Drive
Olathe KS


Docs Who Care, PA
1337 S Fountain Drive
Olathe KS 66061


Don Stoll Illustrator, Inc.
P.O. Box 94
Alma MO 64001


DRUG ENFORCEMENT ADMINISTRATON
DEA HEADQUARTERS
ATTN: REGISTRATION SECTION/ODR
SPRINGFIELD VA 22152-2639


ECOLAB
PO BOX 70343
CHICOGO IL 60673-0343


Electrolife Battery Inc.
903 North 2nd Street
Lawrence KS


ELECTRONIC CONTRACTING CO
PO BOX 29195
LINCOLN NE 68529


Ellett Memorial Hospital
610 North Ohio Avenue
Appleton City MO 64724


EMBARQ
5454 W. 110th Street
Overland Park KS 66211


Engineered Recovery Systems, Inc.
PO Box 3220
Shawnee KS 66203

Esolutions
401 W. Frontier Lane, Suite 101
Olathe KS

Farnam Street Financial, Inc.
240 Pondview Plaza
Opus Parkway
Minnetonka MN 55343

FAVORITE HEALTHCARE
PO BOX 803356
KANSAS CITY MO 64180-3356

Favorite Healthcare Staffing
7255 W. 98th Terrace Bldg. 5 Suite 150
Overland Park KS 66212

Fidelity Security Life
3130 Broadway Street
Kansas City MO 64111

First Community Bank
300 S. Miller
Sweet Springs MO 65351

First Financial Corporate Leasing
dba First Financial Healthcare Solutions
711 Kimberly Avenue Suite 160
Placentia CA 92870

First Liberty Bank
9601 N. May Ave.
Oklahoma City OK 73120

FITZGIBBON HOSPITAL
2305 S 65 HIGHWAY
PO BOX 250
MARSHALL MO 65340-0250

FLEXIBLE MEDICAL STAFFING
PO BOX 26147
SHAWNEE MISSION KS 66225

Gaba, Angela RN
210 Meadow Crest Ct.
Marshall MO 65340


GATEWAY EDI
501 N BROADWAY, 3RD FLOOR
ST LOUIS MO 63102


GE CAPITAL COMMERCIAL
PO BOX 641419
PITTSBURGH PA 15264-1419


GEHA-LEGAL DEPARTMENT
PO BOX 1031
INDEPENDENCE MO 64051-0531


General Electric Credit Corporation
PO Box 641419
Pittsburgh PA 15264


GEORGE MEINERSHAGEN
RR 2
SWEET SPRINGS MO 65351


GlaxoSmithKline Pharmaceuticals
P. O. Box 740415
Atlanta GA


Health Care Coalition of Lafayette Count
811D Hwy 13
Lexington MO


Heartland Lions Eye Banks
404 Portland Street
Columbia MO 65201


HERC
21900 East 96th Street
Broken Arrow OK


Herrmann, Deborah A MD

HMC/CAH CONSOLIDATED INC
1100 MAIN STREET
SUITE 2350
KANSAS CITY MO 64105


HMC/CAH Consolidated, Inc.
1100 Main Street, Suite 2350
Kansas City MO 64105


HOSPITAL & PHYSICIANS
BILLING SVC
3952 S FAIRVIEW
SPRINGFIELD MO 65807


Hospital Equipment Rental Company
21900 East 96th Street
Broken Arrow OK 74014


HPCG Hospital Investment, Inc.
21090 North Pima Road
Scottsdale AZ 85255


HUMAN ARC
PO BOX 951886
CLEVELAND OH 44193


I-70 Medical Center
Larry Dean Koch President of Board
306 SE 10th
Concordia MO 64020


Ice-Masters, Inc.
421 South Kentucky
Sedalia MO 65301


IPC Inc.
P. O. Box 72
Pembina ND


IPC, Inc. dba IPC Labels
632 Highway 59
Pembina ND 58271

JON MATTSON
3308 THORNBIRD
BLUE SPRINGS MO 64015


JONES BROTHERS AGRI SVC
PO BOX 217
LAMONTE MO 65337


Jones Brothers Agricultural Services LLC
P O Box 217
La Monte MO 65337


Kaberline Healthcare Informatics, Inc.
PO Box 140067
Saint Louis MO 63114


Kansas City Power & Light
PO Box 219330
Kansas City MO 64121-9330


KCI USA
PO BOX 203086
Houston TX 77216-3086


KCP&L
PO BOX 219330
KANSAS CITY MO 64121-9330


KCP&L 219703
P. O. Box 219703
Kansas City MO


Kevin Blaney
Elizabeth A. Morehead
Blaney & Tweedy PLLC
P.O. Box 657
Oklahoma City OK 73101-0657


Key Equipment Finance
2025 Ontario Avenue
P. O. Box 74713
Cleveland OH

Key Equipment Finance, Inc.
1000 S. McCaslin Blvd.
Superior CO 80027


KING LAWN CARE
24355 HIGHWAY 20
CORDER MO 64021


Koch, Bill
Box 737
Chillicothe MO 64601


KONICA MINOLTA
DEPT CH 19188
PALATINE IL 60055-9188


Konica Minolta


Konica Minolta Business Solutions
USA, Inc.
PO Box 790448
Saint Louis MO 63179-0448


Labcorp
P. O. Box 12140
Burlington NC


Larry Arthur
1216 NW 43rd Terrace
Kansas City MO 64116


Leslie Dierking
Rt. 2, Box 102
Sweet Springs MO


Liberty Imaging Partners
9212 Nieman Road
Overland Park KS 66214


Liberty Imaging Partners II, LLC
coCBIZ/Medical Management Professional
9212 Neiman Road
Overland Park KS 66211

Liberty Imaging Partners, LLC
9212 Neiman Road
Overland Park KS 66214


LITTON PATHOLOGY ASSOCIATES
700 NW HUNTER DRIVE
BLUE SPRINGS MO 65351


Litton Pathology Associates
700 NW Hunter Drive
Blue Springs MO


Lowe, Dara MD
526 Edgewood Drive
Warrensburg MO 64093


LPG Ventures I
9611 E. 53rd Street
Kansas City MO 64133


MAOPS
1423 RANDY LANE
JEFFERSON CITY MO 65101


MARHC
PO BOX 296
JEFFERSON CITY MO 65102


MED ONE CAPITAL FUNDING
PO BOX 271128
SALT LAKE CITY UT 84127


MEDI SCRIPTS
FRANKLIN BUILDING
5 LATOUR AVENUE
PLATTSBURGH NY 12901


Medical Arts Press
100 Schelter Road
Lincolnshire IL 60069


Medline Industries, Inc.
Dept. 1080
P. O. Box 121080
Dallas TX 75312-1080

MERRY X-RAY
PO BOX 471099
Tulsa OK 74147-1099


MESIROW INSURANCE SVCS
2413 MOMENTUM PLACE
CHICAGO IL 60689-5324


Metropolitan Sleep Services, Inc.
622 SW 3rd Street Suite E
Lees Summit MO 64063


METROPOLITAN SLEEP SVC
622 SW 3RD ST SUIET E
LEES SUMMIT MO 64063


MHA Management Services Corporation
P O Box 6766
Jefferson City MO 65102


MHA MANAGEMENT SVC CORP
PO BOX 6766
JEFFERSON CITY MO 65102-6766


MIDCONTINENT SERVICES
7111 W 151ST ST #278
OVERLAND PARK KS 66223


MIDWEST CARD & ID SOLUTNS
4747 NW GATEWAY AVE
RIVERSIDE MO 64150


Midwest Coating, Inc.
3830 NW 16th
Topeka KS 66618


Midwest Transplant Network
1900 W. 47th Place, Suite 400
Westwood KS 66205


MINDRAY DS USA INC
24312 NETWORK PLACE
CHICAGO IL 60673-1243

MISSOURI DEPARTMENT OF REVENUE
PO BOX 999
JEFFERSON CITY MO 65108-0999


Missouri Dept if Health & Safety
Division of First Safety
P O Box 1421
Jefferson City MO 65102-1421


MISSOURI DEPT OF HEALTH
ATTN: FEE RECEIPT UNIT
PO BOX 570
JEFFERSON CITY MO 65102-0570


MISSOURI EMPLOYERS MUTUAL
PO BOX 548
COLUMBIA MO 65205


MISSOURI GAS ENERGY
PO BOX 219255
KANSAS CITY MO 64121-9255


MISSOURI HOSPITAL ASSC
4712 COUNTRY CLUB DRIVE
PO BOX 60
JEFFERSON CITY MO 65102-0060


MISSOURI VALLEY PHARMACY
2303 S HWY 65 STE B
MARSHALL MO 65340


MMHIMA TREASURER
6805 COUNTY RD 327
ATTN: KIM BONNETT, CCS, CPC-H
FULTON MO 65251


MO ASSOC RURAL HLTH CLINICS
PO BOX 296
JEFFERSON CITY MO 65102


MO CENTER-PATIENT SAFETY
C/O MARILYN NICHOLS
2429 HYDE PARK RD
JEFFERSON CITY MO 65109-4784

MO MEDICAL COLLECTIONS
3952 S FAIRVIEW AVE
SPRINGFIELD MO 65807


MOBERLY AREA OSTEOPATHIC
CLINIC, DR JON MATTSON DO
1145 S MORLEY ST SUITE 5
MOBERLY MO 65270


NAPA Auto Parts
802 N. Locust
RR2, Box 1
Sweet Springs MO


NATIONAL BUSINESS SUPPLY
5419 S DECATUR BLVD
SUITE A
LAS VEGAS NV 89118


NATIONAL FIRE SUPPRESSION
501 SUNSHINE ROAD
KANSAS CITY KS 66115


National Rural Health Association
521 E. 63rd Street
Kansas City MO


NPR, INC
4164 NW URBANDALE DRIVE
URBANDALE IA 50322


Oetting, Elisa Ann RN, CRNA
28642 Concordia Lake Road
Concordia MO 64020


Performance Management Institute, LLC
50 Sewall Street, Suite 102
Portland ME 04102


PHILIP D STEVENS
5201 NEOSHO
ROELAND PARK KS 66205

PHYSICIANS REFERENCE LAB
PO BOX 7210
SHAWNEE MISSION KS 66207-0210


Physicians' Record Co.
3000 S. Ridgeland Avenue
Berwyn IL


Piggly Wiggly
401 S. Locust
Sweet Springs MO


PINNACLE
4030 TECHNOLOGY DR NW
BEMIDJI MN 56601


POSTER COMPLIANCE CENTER
3687 MT DIABLO BLVD
SUITE B100
LAFAYETTE CA 94549-3744


Preferred Hospice of Missouri
(Central Lexington) LLC


Premier Specialty Network, LLC
3610 Buttonwood Drive
Columbia MO 65201


PRESTON HOWERTON
2211 NW HEDGEWOOD DR
GRAIN VALLEY MO 64029


Primaris
200 N. Keene Street
Columbia MO 65201


PROGRESSIVE BUSINESS PUBLICATI
370 TECHNOLOGY DRIVE
PO BOX 3019
MALVERN PA 19355


PSN
3610 BUTTONWOOD DRIVE
COLUMBIA MO 65201

R&R Biomedical, LLC
857 W. Hurt Street
Slater MO 65349


R&R Biomedical, LLC
857 W Hurt Street
Slater MO 65349


RADSOURCE IMAGING TECH
6300 NW KELLY DRIVE
PARKVILLE MO 64152


RELIABLE PRINTING
SOLUTIONS
2230 MICHIGAN AVENUE
SANTA MONICA CA 90404


Research College of Nursing
2525 E. Meyer Street
Kansas City MO 64132


Richard Jones
co Fidelity Security Life Insurance Co.
3130 Broadway, Suite 5
Kansas City MO 64111


Rosalia Hall
4525 W. 89th Street
Overland Park KS 66207


SAMMONS PRESTON
PO BOX 93040
CHICAGO IL 60673-3040


Schneiders, Robert
Barton Hall &  Schneiders PC
1117 S Broadway
Oak Grove MO 64075


SETON IDENTIFICATION
PO BOX 95904
CHICAGO IL 60694-5904

SHARED MEDICAL SERVICES
PO BOX 330
COTTAGE GROVE WI 53527-0330


Shared Medical Services, Inc.
P O Box 330
Cottage Grove WI 53527


SHELBY WILMES
507 NW 5TH STREET, UNIT B
CONCORDIA MO 64020


SIGN LANGUAGE SPECIALISTS
PO BOX 954
LEES SUMMIT MO 64063


SKI.COM
1512 GRAND AVENUE, STE 205
GLENWOOD SPRINGS CO 81601


SKILLPATH SEMINARS
PO Box 2768
Mission KS 66201-2768


SMITH PAPER & JANITOR SUPPLY
1410 S BUSINESS 54 HWY
P.O. BOX 144
ELDON MO 65026-0144


SMR
13380 145th Road
Sweet Springs MO


SOFTSCRIPT
DEPT 3215
LOS ANGELES CA 90084-3215


Softscript, Inc.
Dept 3215
Los Angeles CA 90084


SONONET
8805 LONG ST
LENEXA KS 66215-3585

SPECTRON
5416 S YALE SUITE 650
TULSA OK 74135-6244


Springfield Grocer Co.
P. O. Box 8500
Springfield MO


SPRINT #925392160
PO BOX 219100
KANSAS CITY MO 64121-9100


St. John Companies
25167 Anza Drive
Valencia CA 91355


Standard Register
P. O. Box 91047
Chicago IL


STAPLES CREDIT PLAN
PO BOX 689020
DES MOINES IA 50368-9020


STERICYCLE INC
PO BOX 6575
CAROL STREAM NY 60197-6575


Steris Corporation
Lock Box # 771652
1652 Solution Center
Chicago IL


Sun Finance Inc
2130 Presidential Drive
Charleston WV 25314


SWEET SPRINGS PHARMACY
401 S Locust
Sweet Springs MO 65351-1308


Sweet Springs Water
324 S. Miller
Sweet Springs MO 65351

Telegen Solution
8198 E. 46th Street
Tulsa OK 74145


TERRA TELECOM, INC
PO BOX 59001
DEPT 4006
TULSA OK 74159-9001


TRANSWORLD SYSTEMS
950 OFFICE PARK ROAD
SUITE# 306
WEST DES MOINES IA 50265


Trianim Health Svc
25197 Network Place
Chicago IL


United HealthCare Insurance Company
13655 Riverport Drive
Maryland Heights MO 63043


UNIVERSAL HOSPITAL SVC
SDS 120940
PO BOX 86
MINNEAPOLIS MN 55486-0940


University of Kansas Hospital Authority
Attn: Stephen Smith
Director of Radiology, Program Director
3901 Rainbow Blvd., Mail Stop: 4032
Kansas City KS 66160


UNIVERSITY OF MISSOURI
ATTN MS GINA GRAVES
#1 HOSPITAL DRIVE MA213
COLUMBIA MO 65212


UPS
LOCKBOX 577
CAROL STREAM IL 60132-0577


UPS FREIGHT
28013 NETWORK PLACE
CHICAGO IL 60673-1280

US Bank
P. O. Box 790448
St. Louis MO


US Endoscopy
5976 Heisley Road
Mentor OH


VIBRANT MRI SVCS LLC
PO BOX 330
COTTAGE GROVE WI 53527-0330


Village Hospice
400 N.W. Murray Road
Lees Summit MO 64081


VIRTUAL RADIOLOGIC CORP
11995 SINGLETREE LANE
SUITE 500
MINNEAPOLIS MN 55344


Virtual Radiologic Corporation
11995 Singletree Lane Suite 500
Minneapolis MN 55344


Vision Service Plan
File #73077
P. O. Box 60000
San Francisco CA


VISUAL INSTRUMENTS PRODUCTS
3378 WEST STATE HIGHWAY O
SPRINGFIELD MO 65803-8081


Waste Corp of Missouri
24461 Oak Grove Ln
Sedalia MO 65301-9513


WIRED LLC
1617 W 3RD
SEDALIA MO 65301

WPS MEDICARE
ATTN FINANCE DEPT
PO BOX 8310
OMAHA NE 68108-0310


WPS Medicare
PO Box 1787
Madison WI


ZOLL MEDICAL CORPORATION
PO BOX 27028
NEW YORK NY 10087-7028

# United States Bankruptcy Court
## Western District of Missouri

In re   __CAH Acquisition Company 6, LLC_____      Case No.   __11-44744-drd11__
                                        Debtor(s)            Chapter   __11__

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and

correct to the best of my knowledge and includes the name and address of my ex-spouse

(if any).

Date:   __January  6, 2012_____          __/s/ Dennis Davis_____
                                        __Dennis Davis__/__Chief Legal Officer__
                                        Signer/Title

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Missouri

In re   **CAH Acquisition Company 6, LLC**                                   Case No.   **11-44744-drd11**
_____                           Chapter   **11**
                                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **3M**<br>**2807 PAYSPHERE CIR**<br>**CHICAGO, IL 60674** | **3M**<br>**2807 PAYSPHERE CIR**<br>**CHICAGO, IL 60674** | **Trade Payables** | | **19,549.98** |
| **ARG**<br>**10965 GRANADA LANE**<br>**SUITE 205**<br>**LEAWOOD, KS 66211** | **ARG**<br>**10965 GRANADA LANE**<br>**SUITE 205**<br>**LEAWOOD, KS 66211** | **Trade Payables** | | **14,400.00** |
| **CARDINAL HEALTH**<br>**MEDICAL PRODUCTS &**<br>**SVCS**<br>**PO BOX 70539**<br>**CHICAGO, IL 60673-0539** | **CARDINAL HEALTH**<br>**MEDICAL PRODUCTS & SVCS**<br>**PO BOX 70539**<br>**CHICAGO, IL 60673-0539** | **Trade Payables** | | **32,421.38** |
| **CARDINAL HEALTH PHMCY**<br>**PHARMACEUTICAL DIST**<br>**5042 COLLECTION CENTER**<br>**DR**<br>**CHICAGO, IL 60693** | **CARDINAL HEALTH PHMCY**<br>**PHARMACEUTICAL DIST**<br>**5042 COLLECTION CENTER DR**<br>**CHICAGO, IL 60693** | **Trade Payables** | | **12,745.33** |
| **CAROJOTO, LLC**<br>**909 Troost**<br>**Kansas City, MO 64106** | **CAROJOTO, LLC**<br>**909 Troost**<br>**Kansas City, MO 64106** | **Shareholder Note** | | **100,000.00** |
| **CONCORDIA INDUSTRIAL**<br>**DEVELOPMENT CO INC**<br>**PO BOX 210**<br>**CONCORDIA, MO 64020** | **CONCORDIA INDUSTRIAL**<br>**DEVELOPMENT CO INC**<br>**PO BOX 210**<br>**CONCORDIA, MO 64020** | **Trade Payables** | | **10,500.00** |
| **CPSI**<br>**PO BOX 850309**<br>**MOBILE, AL 36685-0309** | **CPSI**<br>**PO BOX 850309**<br>**MOBILE, AL 36685-0309** | **Trade Payables** | **Disputed** | **126,468.47** |
| **DIGITAL TRANSCRIPTION**<br>**SERVICES INC**<br>**PO BOX 26243**<br>**OKLAHOMA CITY, OK 73126** | **DIGITAL TRANSCRIPTION**<br>**SERVICES INC**<br>**PO BOX 26243**<br>**OKLAHOMA CITY, OK 73126** | **Trade Payables** | | **10,774.90** |
| **Farnam Street Financial, Inc.**<br>**240 Pondview Plaza**<br>**Opus Parkway**<br>**Minnetonka, MN 55343** | **Farnam Street Financial, Inc.**<br>**240 Pondview Plaza**<br>**Opus Parkway**<br>**Minnetonka, MN 55343** | **Equipment Lease** | | **63,040.17** |

B4 (Official Form 4) (12/07) - Cont.

In re   **CAH Acquisition Company 6, LLC**                                        Case No.   **11-44744-drd11**
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **First Liberty Bank**<br>**9601 N. May Ave.**<br>**Oklahoma City, OK 73120** | **First Liberty Bank**<br>**9601 N. May Ave.**<br>**Oklahoma City, OK 73120** | **Real Estate;**<br>**Security Interest in**<br>**A/R; Equipment;**<br>**Inventory** | | **9,639,011.02**<br><br>**(6,103,887.69**<br>**secured)** |
| **FLEXIBLE MEDICAL STAFFING**<br>**PO BOX 26147**<br>**SHAWNEE MISSION, KS 66225** | **FLEXIBLE MEDICAL STAFFING**<br>**PO BOX 26147**<br>**SHAWNEE MISSION, KS 66225** | **Trade Payables** | | **11,049.00** |
| **HERC**<br>**21900 East 96th Street**<br>**Broken Arrow, OK** | **HERC**<br>**21900 East 96th Street**<br>**Broken Arrow, OK** | **Trade Payables** | | **11,000.00** |
| **HPCG Hospital Investment, Inc.**<br>**21090 North Pima Road**<br>**Scottsdale, AZ 85255** | **HPCG Hospital Investment, Inc.**<br>**21090 North Pima Road**<br>**Scottsdale, AZ 85255** | **Monies**<br>**Loaned/Guaranty** | **Contingent**<br>**Disputed** | **14,567,173.67** |
| **JONES BROTHERS AGRI SVC**<br>**PO BOX 217**<br>**LAMONTE, MO 65337** | **JONES BROTHERS AGRI SVC**<br>**PO BOX 217**<br>**LAMONTE, MO 65337** | **Trade Payables** | | **15,028.42** |
| **KCP&L**<br>**PO BOX 219330**<br>**KANSAS CITY, MO 64121-9330** | **KCP&L**<br>**PO BOX 219330**<br>**KANSAS CITY, MO 64121-9330** | **Trade Payables** | | **18,069.07** |
| **MISSOURI HOSPITAL ASSC**<br>**4712 COUNTRY CLUB DRIVE**<br>**PO BOX 60**<br>**JEFFERSON CITY, MO 65102-0060** | **MISSOURI HOSPITAL ASSC**<br>**4712 COUNTRY CLUB DRIVE**<br>**PO BOX 60**<br>**JEFFERSON CITY, MO 65102-0060** | **Trade Payables** | | **14,795.14** |
| **PSN**<br>**3610 BUTTONWOOD DRIVE**<br>**COLUMBIA, MO 65201** | **PSN**<br>**3610 BUTTONWOOD DRIVE**<br>**COLUMBIA, MO 65201** | **Trade Payables** | | **25,184.28** |
| **SHARED MEDICAL SERVICES**<br>**PO BOX 330**<br>**COTTAGE GROVE, WI 53527-0330** | **SHARED MEDICAL SERVICES**<br>**PO BOX 330**<br>**COTTAGE GROVE, WI 53527-0330** | **Trade Payables** | | **12,390.00** |
| **SPECTRON**<br>**5416 S YALE SUITE 650**<br>**TULSA, OK 74135-6244** | **SPECTRON**<br>**5416 S YALE SUITE 650**<br>**TULSA, OK 74135-6244** | **Trade Payables** | **Disputed** | **86,188.88** |
| **Sun Finance Inc**<br>**2130 Presidential Drive**<br>**Charleston, WV 25314** | **Sun Finance Inc**<br>**2130 Presidential Drive**<br>**Charleston, WV 25314** | **Trade Debt** | | **750,000.00** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **CAH Acquisition Company 6, LLC**                              Case No.   **11-44744-drd11**
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Legal Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **January  6, 2012**                    Signature   **/s/ Dennis Davis**

                                                          **Dennis Davis**
                                                          **Chief Legal Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

## United States Bankruptcy Court
### Western District of Missouri

In re   **CAH Acquisition Company 6, LLC**               Case No.   **11-44744-drd11**

                                                  Debtor

Chapter               **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **HMC/CAH Consolidated, Inc.**<br>**1100 Main Street Suite 2350**<br>**Kansas City, MO 64105** | **N/A** | **100%** | **Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Legal Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January  6, 2012**                 Signature  **/s/ Dennis Davis**

                                                       **Dennis Davis**
                                                       **Chief Legal Officer**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__    continuation sheets attached to List of Equity Security Holders

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Western District of Missouri

In re    **CAH Acquisition Company 6, LLC**              ,    Case No.  **11-44744-drd11**
                                  Debtor

Chapter      **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 4,992,701.37 | | |
| B - Personal Property | Yes | 3 | 3,325,186.32 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 11,589,011.02 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 120.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 36 | | 16,678,688.38 | |
| G - Executory Contracts and Unexpired Leases | Yes | 7 | | | |
| H - Codebtors | Yes | 4 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 55 | | | |
| Total Assets | | | 8,317,887.69 | | |
| Total Liabilities | | | | 28,267,819.40 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Western District of Missouri

In re __**CAH Acquisition Company 6, LLC**_____,    Case No. __**11-44744-drd11**__

                                                                Debtor

                                                                Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **CAH Acquisition Company 6, LLC**                                    Case No.   **11-44744-drd11**
_____          _____
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **105 Hospital Drive, Sweet Springs, MO  65351 (See attached legal description.)** | **Land where hospital is located** | - | 4,992,701.37 | 9,639,011.02 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Sub-Total > | **4,992,701.37** | (Total of this page) |
|  |  | Total > | **4,992,701.37** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **CAH Acquisition Company 6, LLC**                                    Case No.    **11-44744-drd11**
_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citizens Bank, N.A. - operating account** | - | 359.09 |
| | | **First Community Bank Checking** | - | 51,106.03 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **51,465.12**
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **CAH Acquisition Company 6, LLC**                                          Case No.    **11-44744-drd11**
_____,
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **As of 10/10/2011.** | **-** | **2,297,402.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Lawsuit pending against HHI in the Circuit Court of Jackson County, Missouri, Case No. 1116-CV17183** | **-** | **Unknown** |

Sub-Total >    **2,297,402.00**
(Total of this page)

Sheet __1__ of __2__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **CAH Acquisition Company 6, LLC**                              Case No.    **11-44744-drd11**
                                    ,
                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Wells Utility Trailer** | - | 6,000.00 |
| | | **2000 Chevy G3500 Van** | - | 8,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Non-Medical Equipment** | - | 45,503.91 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Medical Equipment** | - | 787,747.96 |
| 30. Inventory. | | **Supplies - $30,457.50; Dietary - $3,457.78; Other Supplies - $42,526.63; Pharmacy - $52,625.42** | - | 129,067.33 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 976,319.20 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 3,325,186.32 |

Sheet  __2__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **CAH Acquisition Company 6, LLC**                                 Case No.   **11-44744-drd11**
                                                                                      ,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.  DFP, LLP co JE Dunn Construction Group 1001 Locust Street Kansas City, MO 64106 | | - | January 2011 Shareholder note  Security Interest in A/R  Value $             2,297,402.00 | | | | 250,000.00 | 0.00 |
| Account No.  Fidelity Security Life 3130 Broadway Street Kansas City, MO 64111 | | - | January 2011 Shareholder note - Claim on AR  Security Interest in A/R  Value $             2,297,402.00 | | | | 1,500,000.00 | 0.00 |
| Account No.  First Liberty Bank 9601 N. May Ave. Oklahoma City, OK 73120 | | - | Promissory note and loan agreement 12/6/10 for real estate  Real Estate; Security Interest in A/R; Equipment; Inventory  Value $             6,103,887.69 | | | | 9,639,011.02 | 3,535,123.33 |
| Account No.  Larry Arthur 1216 NW 43rd Terrace Kansas City, MO 64116 | | - | January 2011 Shareholder Note  Security Interest in A/R  Value $             2,297,402.00 | | | | 50,000.00 | 0.00 |

__1__  continuation sheets attached

Subtotal
(Total of this page)      | 11,439,011.02 | 3,535,123.33 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **CAH Acquisition Company 6, LLC**                                        Case No.    **11-44744-drd11**
                                                                    ,
                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | January 2011 Shareholder note | | | | | |
| **Richard Jones** **co Fidelity Security Life Insurance Co.** **3130 Broadway, Suite 5** **Kansas City, MO 64111** | - | | | Security Interest in A/R | | | | | |
| | | | | Value $           2,297,402.00 | | | | 50,000.00 | 0.00 |
| Account No. | | | | January 2011 Shareholder note | | | | | |
| **Rosalia Hall** **4525 W. 89th Street** **Overland Park, KS 66207** | - | | | Security Interest in A/R | | | | | |
| | | | | Value $           2,297,402.00 | | | | 100,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 150,000.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 11,589,011.02 | 3,535,123.33 |

B6E (Official Form 6E) (4/10)

.

In re   **CAH Acquisition Company 6, LLC**                                    Case No.   **11-44744-drd11**
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **CAH Acquisition Company 6, LLC**                                    Case No.    **11-44744-drd11**
_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **MISSOURI DEPARTMENT OF REVENUE PO BOX 999 JEFFERSON CITY, MO 65108-0999** | - | | | | | | 120.00 | 0.00 | 120.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 120.00 | 0.00 120.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 120.00 | 0.00 120.00 |

B6F (Official Form 6F) (12/07)

In re      **CAH Acquisition Company 6, LLC**                                          ,      Case No.   **11-44744-drd11**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various Trade Payables | | | | |
| **3M** **2807 PAYSPHERE CIR** **CHICAGO, IL 60674** | - | | | | | | 19,549.98 |
| Account No. | | | Various Trade Payables | | | | |
| **ABBOTT LABORATORIES** **PO BOX 92679** **CHICAGO, IL 60675-2679** | | | | | | | 3,730.02 |
| Account No. | | | Various Trade Payables | | | | |
| **AGILITY HEALTH INC** **DEPT 771525** **PO BOX 77000** **DETROIT, MI 48277-2000** | - | | | | | | 4,500.00 |
| Account No. | | | Various Trade Payables | | | | |
| **AIR PRODUCTS** **PO BOX 360545M** **PITTSBURGH, PA 15251-0545** | - | | | | | | 616.00 |
| __35__  continuation sheets attached | | | Subtotal (Total of this page) | | | | 28,396.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    S/N:36538-111123    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CAH Acquisition Company 6, LLC**                            , Case No.    **11-44744-drd11**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various Trade Payables | | | | |
| AIRGAS MID AMERICA PO BOX 802615 CHICAGO, IL 60680-2615 | - | | | | | | | 1,112.46 |
| Account No. | | | | Various Trade Payables | | | | |
| Alere P. O. Box 846153 Boston, MA | - | | | | | | | 2,063.65 |
| Account No. | | | | Various Trade Payables | | | | |
| ALETHA JORDAN 1806 SIMPSON AVE WINFIELD, KS 67156 | - | | | | | | | 63.03 |
| Account No. | | | | Various Trade Payables | | | | |
| Alimed Inc. Accounts Receivable P. O. Box 9135 Dedham, MA 02027 | - | | | | | | | 2,010.75 |
| Account No. | | | | Various Trade Payables | | | | |
| ALLIANCE RADIOLOGY PA 9212 NIEMAN ROAD OVERLAND PARK, KS 66214 | - | | | | | | | 5,670.00 |

Sheet no. __1__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **10,919.89**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CAH Acquisition Company 6, LLC**                                    , Case No.    **11-44744-drd11**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various Trade Payables | | | | |
| **ALMA MUNICIPAL WATER 205 S COUNTY RD PO BOX 229 ALMA, MO 64001** | - | | | | | | 35.12 |
| Account No. | | | Various Trade Payables | | | | |
| **ALMA TELEPHONE COMPANY 113 S COUNTY RD ALMA, MO 64001** | - | | | | | | 237.26 |
| Account No. | | | Various Trade Payables | | | | |
| **ALPHA DELTA EPSILON C/O RUN-WALK 1904 CYPRESS HIGGINSVILLE,, MO 64037** | - | | | | | | 95.00 |
| Account No. | | | Various Trade Payables | | | | |
| **AMERICAN DIETETIC ASSOCIATION GENERAL ACCOUNT PO BOX 97215 CHICAGO, IL 60607** | - | | | | | | 173.00 |
| Account No. | | | Various Trade Payables | | | | |
| **AOA DEP OF FINANCE 142 E ONTARIO ST CHICAGO, IL 60611-2864** | - | | | | | | 790.00 |

Sheet no. __2__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,330.38**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **CAH Acquisition Company 6, LLC**          ,      Case No.   **11-44744-drd11**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **AOK Plumbing Heating & Cooling 1003 N. Miller Sweet Springs, MO** | - | | Various <br> Trade Payables | | | | 0.00 |
| Account No. <br><br> **ARG 10965 GRANADA LANE SUITE 205 LEAWOOD, KS 66211** | - | | Various <br> Trade Payables | | | | 14,400.00 |
| Account No. <br><br> **ATSU 800 WEST JEFFERSON STREET KIRKSVILLE, MO 63501-1497** | - | | Various <br> Trade Payables | | | | 425.00 |
| Account No. <br><br> **BANC OF AMERICA LEASING LEASE ADMIN CENTER PO BOX 371992 PITTSBURGH, PA 15250-7992** | - | | Various <br> Trade Payables | | | | 238.00 |
| Account No. <br><br> **BARBARA BRODERSEN BRODERSEN DIETARY CONSULT 7672 HWY 135 FLORENCE, MO 65329** | - | | Various <br> Trade Payables | | | | 3,024.00 |

Sheet no. __3__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **18,087.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CAH Acquisition Company 6, LLC**                                    Case No.    **11-44744-drd11**
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Various Trade Payables | | | | |
| **Bard Access Systems** **605 North 5600 West** **Salt Lake City, UT 84116** | - | | | | | | | 204.20 |
| Account No. | | | | Various Trade Payables | | | | |
| **BECKMAN COULTER** **DEPT CH 10164** **PALATINE, IL 60055-0164** | - | | | | | | | 1,573.55 |
| Account No. | | | | Various Trade Payables | | | | |
| **BERKEL INDIANA FOOD** **1740 INDUSTRY DRIVE** **SUITE E** **INDIANAPOLIS, IN 46219** | - | | | | | | | 254.85 |
| Account No. | | | | Various Trade Payables | | | | |
| **BERNARD LUMBER** **200 SPRING ST** **SWEET SPRINGS, MO 65351** | - | | | | | | | 51.59 |
| Account No. | | | | Various Trade Payables | | | | |
| **Boston Scientific** **P. O. Box 8500-6205** **Philadelphia, PA** | - | | | | | | | 349.38 |

Sheet no. __4__ of __35__ sheets attached to Schedule of                Subtotal            2,433.57
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **CAH Acquisition Company 6, LLC**                                    Case No.    **11-44744-drd11**
                                         ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Boyce & Bynum Path Lab, P.C.**<br>**P. O. Box 7406**<br>**Columbia, MO 65205** | - | | | **Various**<br>**Trade Payables** | | | | 42.15 |
| Account No.<br><br>**C.L. MCMICHAEL COMPANY**<br>**PO BOX 14542**<br>**LENEXA, KS 66285-4542** | - | | | **Various**<br>**Trade Payables** | | | | 1,048.00 |
| Account No.<br><br>**CARDINAL HEALTH**<br>**MEDICAL PRODUCTS & SVCS**<br>**PO BOX 70539**<br>**CHICAGO, IL 60673-0539** | - | | | **Various**<br>**Trade Payables** | | | | 32,421.38 |
| Account No.<br><br>**CARDINAL HEALTH PHMCY**<br>**PHARMACEUTICAL DIST**<br>**5042 COLLECTION CENTER DR**<br>**CHICAGO, IL 60693** | - | | | **Various**<br>**Trade Payables** | | | | 12,745.33 |
| Account No.<br><br>**CARDMEMBER SVCS  VISA**<br>**PO BOX 790408**<br>**ST LOUIS, MO 63179-0408** | - | | | **Various**<br>**Trade Payables** | | | | 3,072.56 |

Sheet no. **5** of **35** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **49,329.42**

B6F (Official Form 6F) (12/07) - Cont.

In re __CAH Acquisition Company 6, LLC__ , Case No. __11-44744-drd11__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various Trade Payables | | | | |
| CARE FUSION ALARIS PRODUCTS 3698 COLLECTIONS CENTER CHICAGO, IL 60693 | - | | | | | | | 1,652.21 |
| Account No. | | | | Various Trade Payables | | | | |
| CAREFUSION SOLUTIONS LLC PYXIS LOCKBOX #771952 1952 SOLUTIONS CENTER CHICAGO, IL 60677-1009 | - | | | | | | | 5,512.65 |
| Account No. | | | | January, 2011 Shareholder Note | | | | |
| CAROJOTO, LLC 909 Troost Kansas City, MO 64106 | - | | | | | | | 100,000.00 |
| Account No. | | | | Various Trade Payables | | | | |
| CARONDELET ORTHO SURGEONS ATTN BILL HUSSEY 10777 NALL AVE OVERLAND PARK, KS 66211 | - | | | | | | | 6,000.00 |
| Account No. | | | | Various Trade Payables | | | | |
| CENTRAL COMPOUND PMCY SUPPLY 805 BELLE VISTA DR, STE 2 SPRINGFIELD, KY 40069 | - | | | | | | | 4,414.06 |

Sheet no. __6__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            117,578.92

B6F (Official Form 6F) (12/07) - Cont.

In re    **CAH Acquisition Company 6, LLC**                                           Case No.    **11-44744-drd11**
                                                          ,
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **CENTRAL MO FOOD EQUIPMENT 2208 NELWOOD DRIVE COLUMBIA, MO 65202** | - | | Various Trade Payables | | | | 268.95 |
| Account No. **Century Link 00219 PO Box 2961 Phoenix, AZ 85062-2961** | - | | Various Trade Payables | | | | 3,711.93 |
| Account No. **Century Link 00579 PO Box 4300 Carol Stream, IL 60197** | - | | Various Trade Payables | | | | 828.30 |
| Account No. **CENTURYLINK P.O. BOX 2961 PHOENIX, AZ 85062-2961** | - | | Various Trade Payables | | | | 3,711.93 |
| Account No. **Cintas P. O. Box 633842 Cincinnati, OH** | - | | Various Trade Payables | | | | 86.00 |

Sheet no. __7__ of __35__ sheets attached to Schedule of                    Subtotal                  8,607.11
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re __CAH Acquisition Company 6, LLC_____,          Case No. ___11-44744-drd11_____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various Trade Payables | | | | |
| CITY OF CONCORDIA 618 S MAIN ST PO BOX 847 CONCORDIA, MO 64020 | - | | | | | | 40.37 |
| Account No. | | | Various Trade Payables | | | | |
| Clia Laboratory Program P. O. Box 530882 Atlanta, GA | - | | | | | | 1,381.00 |
| Account No. | | | Various Trade Payables | | | | |
| CLINICAL CODING SOLUTIONS 1700 SWIFT, SUITE 200 NORTH KANSAS CITY, MO 64116 | - | | | | | | 2,789.63 |
| Account No. | | | Various Trade Payables | | | | |
| CLINISHARE INC 19600 E 39TH ST ROOM 30335 INDEPENDENCE, MO 64057 | - | | | | | | 9,971.00 |
| Account No. | | | Various Trade Payables | | | | |
| COMMUNITY BLOOD CENTER PO BOX 26147 SHAWNEE MISSION, KS 66225-6147 | - | | | | | | 3,657.84 |

Sheet no. __8___ of __35___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,839.84

B6F (Official Form 6F) (12/07) - Cont.

In re **CAH Acquisition Company 6, LLC** , Case No. **11-44744-drd11**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Various Trade Payables | | | | |
| **Concepts for Business 8343 Melrose Drive Overland Park, KS 66214** | - | | | | | | | 0.00 |
| Account No. | | | | Various Trade Payables | | | | |
| **CONCORDIA INDUSTRIAL DEVELOPMENT CO INC PO BOX 210 CONCORDIA, MO 64020** | - | | | | | | | 10,500.00 |
| Account No. | | | | Various Trade Payables | | | | |
| **CONCORDIAN PO BOX 999 CONCORDIA, MO 64020** | - | | | | | | | 885.64 |
| Account No. | | | | Various Trade Payables | | | | |
| **CONSOLIDATED ELECTRICAL DIST 310 THOMPSON ROAD SEDALIA, MO 65301** | - | | | | | | | 60.39 |
| Account No. | | | | Various Trade Payables | | | | |
| **CONSUMER ADJUSTMENT CO DBA CACI PO BOX 270480 ST LOUIS, MO 63127-0480** | - | | | | | | | 76.81 |

Sheet no. __9__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **11,522.84**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **CAH Acquisition Company 6, LLC**                                    Case No.  **11-44744-drd11**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**COVENTRY HEALTH & LIFE**<br>**PO BOX 6512**<br>**CAROL STREAM, IL 60197-6512** | - | | | Various<br>Trade Payables | | | | 394.29 |
| Account No.<br><br>**CPSI**<br>**PO BOX 850309**<br>**MOBILE, AL 36685-0309** | - | | | Various<br>Trade Payables | | | X | 126,468.47 |
| Account No.<br><br>**CROWN LINEN**<br>**P. O. Box 597**<br>**MEXICO, MO 65265-0597** | - | | | Various<br>Trade Payables | | | | 1,053.44 |
| Account No.<br><br>**Crown Linen Service**<br>**215 S. Jefferson**<br>**Mexico, MO** | - | | | Various<br>Trade Payables | | | | 4,330.05 |
| Account No.<br><br>**DEX ONE**<br>**PO BOX 9001401**<br>**Louisville, KY 40290** | - | | | Various<br>Trade Payables | | | | 315.64 |

Sheet no.  **10**  of  **35**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                132,561.89

B6F (Official Form 6F) (12/07) - Cont.

In re **CAH Acquisition Company 6, LLC** , Case No. **11-44744-drd11**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various Trade Payables | | | | |
| DIAGNOSTIC TECHNOLOGY CONSULT 5930 ROE AVENUE MISSION, KS 66205 | - | | | | | | 895.00 |
| Account No. | | | Various Trade Payables | | | | |
| DIGITAL TRANSCRIPTION SERVICES INC PO BOX 26243 OKLAHOMA CITY, OK 73126 | - | | | | | | 10,774.90 |
| Account No. | | | Various Trade Payables | | | | |
| Dish Network P. O. Box 105169 Atlanta, GA | - | | | | | | 54.00 |
| Account No. | | | Various Trade Payables | | | | |
| Docs Who Care 1337 S. Fountain Drive Olathe, KS | - | | | | | | 3,874.77 |
| Account No. | | | Various Trade Payables | | | | |
| Don Stoll Illustrator, Inc. P.O. Box 94 Alma, MO 64001 | - | | | | | | 1,650.00 |

Sheet no. **11** of **35** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **17,248.67**

B6F (Official Form 6F) (12/07) - Cont.

In re  **CAH Acquisition Company 6, LLC** _____,  Case No. __**11-44744-drd11**__
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**DRUG ENFORCEMENT ADMINISTRATON DEA HEADQUARTERS ATTN: REGISTRATION SECTION/ODR SPRINGFIELD, VA 22152-2639** | - | | Various<br>Trade Payables | | | | 551.00 |
| Account No.<br><br>**ECOLAB PO BOX 70343 CHICOGO, IL 60673-0343** | - | | Various<br>Trade Payables | | | | 596.00 |
| Account No.<br><br>**Electrolife Battery Inc. 903 North 2nd Street Lawrence, KS** | - | | Various<br>Trade Payables | | | | 41.98 |
| Account No.<br><br>**ELECTRONIC CONTRACTING CO PO BOX 29195 LINCOLN, NE 68529** | - | | Various<br>Trade Payables | | | | 1,499.96 |
| Account No.<br><br>**Esolutions 401 W. Frontier Lane, Suite 101 Olathe, KS** | - | | Various<br>Trade Payables | | | | 1,170.00 |

Sheet no. __**12**__ of __**35**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,858.94**

B6F (Official Form 6F) (12/07) - Cont.

In re   **CAH Acquisition Company 6, LLC**                                    Case No.   **11-44744-drd11**
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Equipment Lease | | | | |
| Farnam Street Financial, Inc. 240 Pondview Plaza Opus Parkway Minnetonka, MN 55343 | X | - | | | | | | 63,040.17 |
| Account No. | | | | Various Trade Payables | | | | |
| FAVORITE HEALTHCARE PO BOX 803356 KANSAS CITY, MO 64180-3356 | | - | | | | | | 716.38 |
| Account No. | | | | Various Trade Payables | | | | |
| First Community Bank 300 S. Miller Sweet Springs, MO 65351 | | - | | | | | | 270.00 |
| Account No. | | | | Various Trade Payables | | | | |
| FITZGIBBON HOSPITAL 2305 S 65 HIGHWAY PO BOX 250 MARSHALL, MO 65340-0250 | | - | | | | | | 19.51 |
| Account No. | | | | Various Trade Payables | | | | |
| FLEXIBLE MEDICAL STAFFING PO BOX 26147 SHAWNEE MISSION, KS 66225 | | - | | | | | | 11,049.00 |

Sheet no. **13** of **35** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **75,095.06**

B6F (Official Form 6F) (12/07) - Cont.

In re __**CAH Acquisition Company 6, LLC**_____,      Case No. ___**11-44744-drd11**_____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GATEWAY EDI**<br>**501 N BROADWAY, 3RD FLOOR**<br>**ST LOUIS, MO 63102** | - | | | **Various**<br>**Trade Payables** | | | | <br><br><br>1,051.80 |
| Account No.<br><br>**GE CAPITAL COMMERCIAL**<br>**PO BOX 641419**<br>**PITTSBURGH, PA 15264-1419** | - | | | **Various**<br>**Trade Payables** | | | | <br><br><br>1,842.00 |
| Account No.<br><br>**GEHA-LEGAL DEPARTMENT**<br>**PO BOX 1031**<br>**INDEPENDENCE, MO 64051-0531** | - | | | **Various**<br>**Trade Payables** | | | | <br><br><br>38.36 |
| Account No.<br><br>**GEORGE MEINERSHAGEN**<br>**RR 2**<br>**SWEET SPRINGS, MO 65351** | - | | | **Various**<br>**Trade Payables** | | | | <br><br><br>1,072.90 |
| Account No.<br><br>**GlaxoSmithKline Pharmaceuticals**<br>**P. O. Box 740415**<br>**Atlanta, GA** | - | | | **Various**<br>**Trade Payables** | | | | <br><br><br>1,288.82 |

Sheet no. __**14**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,293.88

B6F (Official Form 6F) (12/07) - Cont.

In re __CAH Acquisition Company 6, LLC__ ,
                              Debtor

Case No. __11-44744-drd11__

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various Trade Payables | | | | |
| Health Care Coalition of Lafayette Count 811D Hwy 13 Lexington, MO | - | | | | | | 300.00 |
| Account No. | | | Various Trade Payables | | | | |
| HERC 21900 East 96th Street Broken Arrow, OK | - | | | | | | 11,000.00 |
| Account No. | | | Various Intercompany account | | | | |
| HMC/CAH CONSOLIDATED INC 1100 MAIN STREET SUITE 2350 KANSAS CITY, MO 64105 | - | | | | | | 580,920.60 |
| Account No. | | | Various Trade Payables | | | | |
| HOSPITAL & PHYSICIANS BILLING SVC 3952 S FAIRVIEW SPRINGFIELD, MO 65807 | - | | | | | | 1,209.80 |
| Account No. | | | Monies Loaned/Guaranty | | | | |
| HPCG Hospital Investment, Inc. 21090 North Pima Road Scottsdale, AZ 85255 | - | | | X | | X | 14,567,173.67 |

Sheet no. __15__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,160,604.07

B6F (Official Form 6F) (12/07) - Cont.

In re  **CAH Acquisition Company 6, LLC**                                    , Case No.  **11-44744-drd11**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various Trade Payables | | | | |
| HUMAN ARC PO BOX 951886 CLEVELAND, OH 44193 | - | | | | | | 1,650.00 |
| Account No. | | | Asset Purchase Agreement | | | | |
| I-70 Medical Center Larry Dean Koch President of Board 306 SE 10th Concordia, MO 64020 | - | | | X | X | | 0.00 |
| Account No. | | | Various Trade Payables | | | | |
| IPC Inc. P. O. Box 72 Pembina, ND | - | | | | | | 541.53 |
| Account No. | | | Various Trade Payables | | | | |
| JON MATTSON 3308 THORNBIRD BLUE SPRINGS, MO 64015 | - | | | | | | 1,254.75 |
| Account No. | | | Various Trade Payables | | | | |
| JONES BROTHERS AGRI SVC PO BOX 217 LAMONTE, MO 65337 | - | | | | | | 15,028.42 |

Sheet no. **16** of **35** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **18,474.70**

B6F (Official Form 6F) (12/07) - Cont.

In re   **CAH Acquisition Company 6, LLC**                                    ,        Case No.   **11-44744-drd11**
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kansas City Power & Light<br>PO Box 219330<br>Kansas City, MO 64121-9330** | - | | **Various<br>Trade Payables** | | | | 158.36 |
| Account No.<br><br>**KCI USA<br>PO BOX 203086<br>Houston, TX 77216-3086** | - | | **Various<br>Trade Payables** | | | | 201.73 |
| Account No.<br><br>**KCP&L<br>PO BOX 219330<br>KANSAS CITY, MO 64121-9330** | - | | **Various<br>Trade Payables** | | | | 18,069.07 |
| Account No.<br><br>**KCP&L 219703<br>P. O. Box 219703<br>Kansas City, MO** | - | | **Various<br>Trade Payables** | | | | 1,175.95 |
| Account No.<br><br>**Key Equipment Finance<br>2025 Ontario Avenue<br>P. O. Box 74713<br>Cleveland, OH** | - | | **Various<br>Trade Payables** | | | | 164.99 |

Sheet no. **17** of **35** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **19,770.10**

B6F (Official Form 6F) (12/07) - Cont.

In re _____ **CAH Acquisition Company 6, LLC** _____ ,     Case No. __**11-44744-drd11**__
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various Trade Payables | | | | |
| **KING LAWN CARE** **24355 HIGHWAY 20** **CORDER, MO 64021** | - | | | | | | 600.00 |
| Account No. | | | Various Trade Payables | | | | |
| **KONICA MINOLTA** **DEPT CH 19188** **PALATINE, IL 60055-9188** | - | | | | | | 290.43 |
| Account No. | | | Various Trade Payables | | | | |
| **Konica Minolta** | - | | | | | | 359.15 |
| Account No. | | | Various Trade Payables | | | | |
| **Labcorp** **P. O. Box 12140** **Burlington, NC** | - | | | | | | 26.62 |
| Account No. | | | Various Trade Payables | | | | |
| **Leslie Dierking** **Rt. 2, Box 102** **Sweet Springs, MO** | - | | | | | | 102.67 |

Sheet no. __**18**__ of __**35**__ sheets attached to Schedule of     Subtotal                  1,378.87
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **CAH Acquisition Company 6, LLC**
_____ ,
Debtor

Case No.    **11-44744-drd11**
_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various Trade Payables | | | | |
| Liberty Imaging Partners, LLC 9212 Neiman Road Overland Park, KS 66214 | - | | | | | | 3,000.00 |
| Account No. | | | Various Trade Payables | | | | |
| LITTON PATHOLOGY ASSOCIATES 700 NW HUNTER DRIVE BLUE SPRINGS, MO 65351 | - | | | | | | 500.00 |
| Account No. | | | Various Trade Payables | | | | |
| LPG Ventures I 9611 E. 53rd Street Kansas City, MO 64133 | - | | | | | | 1,871.30 |
| Account No. | | | Various Trade Payables | | | | |
| MAOPS 1423 RANDY LANE JEFFERSON CITY, MO 65101 | - | | | | | | 382.00 |
| Account No. | | | Various Trade Payables | | | | |
| MARHC PO BOX 296 JEFFERSON CITY, MO 65102 | - | | | | | | 400.00 |

Sheet no. __19__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,153.30**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CAH Acquisition Company 6, LLC**                                    Case No.    **11-44744-drd11**
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MED ONE CAPITAL FUNDING**<br>**PO BOX 271128**<br>**SALT LAKE CITY, UT 84127** | - | | **Various**<br>**Trade Payables** | | | | 1,425.31 |
| Account No.<br><br>**MEDI SCRIPTS**<br>**FRANKLIN BUILDING**<br>**5 LATOUR AVENUE**<br>**PLATTSBURGH, NY 12901** | - | | **Various**<br>**Trade Payables** | | | | 36.00 |
| Account No.<br><br>**Medical Arts Press**<br>**100 Schelter Road**<br>**Lincolnshire, IL 60069** | - | | **Various**<br>**Trade Payables** | | | | 1,816.55 |
| Account No.<br><br>**Medline Industries, Inc.**<br>**Dept. 1080**<br>**P. O. Box 121080**<br>**Dallas, TX 75312-1080** | - | | **Various**<br>**Trade Payables** | | | | 2,922.48 |
| Account No.<br><br>**MESIROW INSURANCE SVCS**<br>**2413 MOMENTUM PLACE**<br>**CHICAGO, IL 60689-5324** | - | | **Various**<br>**Insurance** | | | | 288.00 |

Sheet no. __20__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                6,488.34

B6F (Official Form 6F) (12/07) - Cont.

In re _____**CAH Acquisition Company 6, LLC**_____,  Case No. __**11-44744-drd11**__
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**METROPOLITAN SLEEP SVC**<br>**622 SW 3RD ST SUIET E**<br>**LEES SUMMIT, MO 64063** | - | | **Various**<br>**Trade Payables** | | | | 2,200.00 |
| Account No.<br><br>**MHA MANAGEMENT SVC CORP**<br>**PO BOX 6766**<br>**JEFFERSON CITY, MO 65102-6766** | - | | **Various**<br>**Trade Payables** | | | | 226.00 |
| Account No.<br><br>**MIDCONTINENT SERVICES**<br>**7111 W 151ST ST #278**<br>**OVERLAND PARK, KS 66223** | - | | **Various**<br>**Trade Payables** | | | | 252.00 |
| Account No.<br><br>**MIDWEST CARD & ID SOLUTNS**<br>**4747 NW GATEWAY AVE**<br>**RIVERSIDE, MO 64150** | - | | **Various**<br>**Trade Payables** | | | | 242.69 |
| Account No.<br><br>**MINDRAY DS USA INC**<br>**24312 NETWORK PLACE**<br>**CHICAGO, IL 60673-1243** | - | | **Various**<br>**Trade Payables** | | | | 100.22 |

Sheet no. __**21**__ of __**35**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     3,020.91

B6F (Official Form 6F) (12/07) - Cont.

In re    **CAH Acquisition Company 6, LLC**                                    Case No.   **11-44744-drd11**
                                                    ,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**Missouri Dept if Health & Safety Division of First Safety P O Box 1421 Jefferson City, MO 65102-1421** | - | | | **Various Trade Payable** | | | | 135.00 |
| Account No.<br><br>**MISSOURI DEPT OF HEALTH ATTN: FEE RECEIPT UNIT PO BOX 570 JEFFERSON CITY, MO 65102-0570** | - | | | **Various Trade Payables** | | | | 12.52 |
| Account No.<br><br>**MISSOURI EMPLOYERS MUTUAL PO BOX 548 COLUMBIA, MO 65205** | - | | | **Various Trade Payables** | | | | 2,786.79 |
| Account No.<br><br>**MISSOURI GAS ENERGY PO BOX 219255 KANSAS CITY, MO 64121-9255** | - | | | **Various Trade Payables** | | | | 180.43 |
| Account No.<br><br>**MISSOURI HOSPITAL ASSC 4712 COUNTRY CLUB DRIVE PO BOX 60 JEFFERSON CITY, MO 65102-0060** | - | | | **Various Trade Payables** | | | | 14,795.14 |

Sheet no. __22__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

17,909.88

B6F (Official Form 6F) (12/07) - Cont.

In re   **CAH Acquisition Company 6, LLC**                                    Case No.   **11-44744-drd11**
                                                     ,
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Various Trade Payables | | | | |
| MISSOURI VALLEY PHARMACY 2303 S HWY 65 STE B MARSHALL, MO 65340 | - | | | | | | | 9,036.57 |
| Account No. | | | | Various Trade Payables | | | | |
| MMHIMA TREASURER 6805 COUNTY RD 327 ATTN: KIM BONNETT, CCS, CPC-H FULTON, MO 65251 | - | | | | | | | 95.00 |
| Account No. | | | | Various Trade Payables | | | | |
| MO ASSOC RURAL HLTH CLINICS PO BOX 296 JEFFERSON CITY, MO 65102 | - | | | | | | | 250.00 |
| Account No. | | | | Various Trade Payables | | | | |
| MO CENTER-PATIENT SAFETY C/O MARILYN NICHOLS 2429 HYDE PARK RD JEFFERSON CITY, MO 65109-4784 | - | | | | | | | 195.00 |
| Account No. | | | | Various Trade Payables | | | | |
| MO MEDICAL COLLECTIONS 3952 S FAIRVIEW AVE SPRINGFIELD, MO 65807 | - | | | | | | | 6,877.09 |

Sheet no. __23__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,453.66

B6F (Official Form 6F) (12/07) - Cont.

In re    **CAH Acquisition Company 6, LLC**                                    Case No.    **11-44744-drd11**
                                                    ,
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**MOBERLY AREA OSTEOPATHIC CLINIC, DR JON MATTSON DO 1145 S MORLEY ST SUITE 5 MOBERLY, MO 65270** | - | | | **Various Trade Payables** | | | | 788.41 |
| Account No.<br><br>**NAPA Auto Parts 802 N. Locust RR2, Box 1 Sweet Springs, MO** | - | | | **Various Trade Payables** | | | | 3.78 |
| Account No.<br><br>**NATIONAL BUSINESS SUPPLY 5419 S DECATUR BLVD SUITE A LAS VEGAS, NV 89118** | - | | | **Various Trade Payables** | | | | 1,157.21 |
| Account No.<br><br>**NATIONAL FIRE SUPPRESSION 501 SUNSHINE ROAD KANSAS CITY, KS 66115** | - | | | **Various Trade Payables** | | | | 575.00 |
| Account No.<br><br>**National Rural Health Association 521 E. 63rd Street Kansas City, MO** | - | | | **Various Trade Payables** | | | | 299.00 |

Sheet no. __24__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,823.40

B6F (Official Form 6F) (12/07) - Cont.

In re **CAH Acquisition Company 6, LLC** , Case No. **11-44744-drd11**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various Trade Payables | | | | |
| NPR, INC 4164 NW URBANDALE DRIVE URBANDALE, IA 50322 | - | | | | | | 1,252.86 |
| Account No. | | | Various Trade Payables | | | | |
| PHILIP D STEVENS 5201 NEOSHO ROELAND PARK, KS 66205 | - | | | | | | 5,880.00 |
| Account No. | | | Various Trade Payables | | | | |
| PHYSICIANS REFERENCE LAB PO BOX 7210 SHAWNEE MISSION, KS 66207-0210 | - | | | | | X | 8,636.25 |
| Account No. | | | Various Trade Payables | | | | |
| Physicians' Record Co. 3000 S. Ridgeland Avenue Berwyn, IL | - | | | | | | 103.16 |
| Account No. | | | Various Trade Payables | | | | |
| Piggly Wiggly 401 S. Locust Sweet Springs, MO | - | | | | | | 512.92 |

Sheet no. __25__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **16,385.19**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CAH Acquisition Company 6, LLC**                                          Case No.    **11-44744-drd11**
                                                                  ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various Trade Payables | | | | |
| **PINNACLE 4030 TECHNOLOGY DR NW BEMIDJI, MN 56601** | - | | | | | | | 616.05 |
| Account No. | | | | Various Trade Payables | | | | |
| **POSTER COMPLIANCE CENTER 3687 MT DIABLO BLVD SUITE B100 LAFAYETTE, CA 94549-3744** | - | | | | | | | 79.00 |
| Account No. | | | | Various Trade Payables | | | | |
| **PRESTON HOWERTON 2211 NW HEDGEWOOD DR GRAIN VALLEY, MO 64029** | - | | | | | | | 8,434.68 |
| Account No. | | | | Various Trade Payables | | | | |
| **PROGRESSIVE BUSINESS PUBLICATI 370 TECHNOLOGY DRIVE PO BOX 3019 MALVERN, PA 19355** | - | | | | | | | 299.00 |
| Account No. | | | | Various Trade Payables | | | | |
| **PSN 3610 BUTTONWOOD DRIVE COLUMBIA, MO 65201** | - | | | | | | | 25,184.28 |

Sheet no. __26__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,613.01

B6F (Official Form 6F) (12/07) - Cont.

In re   **CAH Acquisition Company 6, LLC**                                     ,   Case No.   **11-44744-drd11**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Various Trade Payables | | | | |
| R&R Biomedical, LLC 857 W. Hurt Street Slater, MO 65349 | - | | | | | | | 315.00 |
| Account No. | | | | Various Trade Payables | | | | |
| RADSOURCE IMAGING TECH 6300 NW KELLY DRIVE PARKVILLE, MO 64152 | - | | | | | | | 1,545.97 |
| Account No. | | | | Various Trade Payables | | | | |
| RELIABLE PRINTING SOLUTIONS 2230 MICHIGAN AVENUE SANTA MONICA, CA 90404 | - | | | | | | | 2,294.08 |
| Account No. | | | | Various Trade Payables | | | | |
| SAMMONS PRESTON PO BOX 93040 CHICAGO, IL 60673-3040 | - | | | | | | | 603.72 |
| Account No. | | | | Various Trade Payables | | | | |
| SETON IDENTIFICATION PO BOX 95904 CHICAGO, IL 60694-5904 | - | | | | | | | 584.15 |

Sheet no. __27__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      **5,342.92**

B6F (Official Form 6F) (12/07) - Cont.

In re   **CAH Acquisition Company 6, LLC**                                    , Case No.   **11-44744-drd11**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Various Trade Payables | | | | |
| SHARED MEDICAL SERVICES PO BOX 330 COTTAGE GROVE, WI 53527-0330 | - | | | | | | | | 12,390.00 |
| Account No. | | | | | Various Trade Payables | | | | |
| SHELBY WILMES 507 NW 5TH STREET, UNIT B CONCORDIA, MO 64020 | - | | | | | | | | 70.99 |
| Account No. | | | | | Various Trade Payables | | | | |
| SIGN LANGUAGE SPECIALISTS PO BOX 954 LEES SUMMIT, MO 64063 | - | | | | | | | | 288.70 |
| Account No. | | | | | Various Trade Payables | | | | |
| SKI.COM 1512 GRAND AVENUE, STE 205 GLENWOOD SPRINGS, CO 81601 | - | | | | | | | | 364.00 |
| Account No. | | | | | Various Trade Payables | | | | |
| SKILLPATH SEMINARS PO Box 2768 Mission, KS 66201-2768 | - | | | | | | | | 298.00 |

Sheet no. __28__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,411.69

B6F (Official Form 6F) (12/07) - Cont.

In re    **CAH Acquisition Company 6, LLC**                            , Case No.    **11-44744-drd11**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various | | | | |
| SMITH PAPER & JANITOR SUPPLY 1410 S BUSINESS 54 HWY P.O. BOX 144 ELDON, MO 65026-0144 | - | | Trade Payables | | | | 333.89 |
| Account No. | | | Various | | | | |
| SMR 13380 145th Road Sweet Springs, MO | - | | Trade Payables | | | | 50.00 |
| Account No. | | | Various | | | | |
| SOFTSCRIPT DEPT 3215 LOS ANGELES, CA 90084-3215 | - | | Trade Payables | | | | 9.13 |
| Account No. | | | Various | | | | |
| SONONET 8805 LONG ST LENEXA, KS 66215-3585 | - | | Trade Payables | | | | 84.25 |
| Account No. | | | Various | | | | |
| SPECTRON 5416 S YALE SUITE 650 TULSA, OK 74135-6244 | - | | Trade Payables | | | X | 86,188.88 |

Sheet no. __29__ of __35__ sheets attached to Schedule of                     Subtotal                86,666.15
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **CAH Acquisition Company 6, LLC**                                    ,    Case No.    **11-44744-drd11**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various Trade Payables | | | | |
| **Springfield Grocer Co.** **P. O. Box 8500** **Springfield, MO** | - | | | | | | | |
| | | | | | | | | 839.18 |
| Account No. | | | | Various Trade Payables | | | | |
| **SPRINT #925392160** **PO BOX 219100** **KANSAS CITY, MO 64121-9100** | - | | | | | | | |
| | | | | | | | | 791.48 |
| Account No. | | | | Various Trade Payables | | | | |
| **St. John Companies** **25167 Anza Drive** **Valencia, CA 91355** | - | | | | | | | |
| | | | | | | | | 16.63 |
| Account No. | | | | Various Trade Payables | | | | |
| **Standard Register** **P. O. Box 91047** **Chicago, IL** | - | | | | | | | |
| | | | | | | | | 14.10 |
| Account No. | | | | Various Trade Payables | | | | |
| **STAPLES CREDIT PLAN** **PO BOX 689020** **DES MOINES, IA 50368-9020** | - | | | | | | | |
| | | | | | | | | 17.00 |

Sheet no. __30__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,678.39**

B6F (Official Form 6F) (12/07) - Cont.

In re    **CAH Acquisition Company 6, LLC**                              , Case No.    **11-44744-drd11**
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Various Trade Payables | | | | |
| STERICYCLE INC PO BOX 6575 CAROL STREAM, NY 60197-6575 | - | | | | | | 652.62 |
| Account No. | | | Various Trade Payables | | | | |
| Steris Corporation Lock Box # 771652 1652 Solution Center Chicago, IL | - | | | | | | 254.36 |
| Account No. | | | Various Trade Debt | | | | |
| Sun Finance Inc 2130 Presidential Drive Charleston, WV 25314 | - | | | | | | 750,000.00 |
| Account No. | | | Various Trade Payable | | | | |
| SWEET SPRINGS PHARMACY 401 S Locust Sweet Springs, MO 65351-1308 | - | | | | | | 399.66 |
| Account No. | | | Various Trade Payables | | | | |
| Sweet Springs Water 324 S. Miller Sweet Springs, MO 65351 | - | | | | | | 432.22 |

Sheet no. __31__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      751,738.86

B6F (Official Form 6F) (12/07) - Cont.

In re **CAH Acquisition Company 6, LLC** ,
                              Debtor

Case No. **11-44744-drd11**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Telegen Solution**<br>**8198 E. 46th Street**<br>**Tulsa, OK 74145** | - | | | **Various**<br>**Trade Payables** | | | | 54.26 |
| Account No.<br><br>**TERRA TELECOM, INC**<br>**PO BOX 59001**<br>**DEPT 4006**<br>**TULSA, OK 74159-9001** | - | | | **Various**<br>**Trade Payables** | | | | 147.00 |
| Account No.<br><br>**TRANSWORLD SYSTEMS**<br>**950 OFFICE PARK ROAD**<br>**SUITE# 306**<br>**WEST DES MOINES, IA 50265** | - | | | **Various**<br>**Trade Payables** | | | | 5.07 |
| Account No.<br><br>**Trianim Health Svc**<br>**25197 Network Place**<br>**Chicago, IL** | - | | | **Various**<br>**Trade Payables** | | | | 526.16 |
| Account No.<br><br>**UNIVERSAL HOSPITAL SVC**<br>**SDS 120940**<br>**PO BOX 86**<br>**MINNEAPOLIS, MN 55486-0940** | - | | | **Various**<br>**Trade Payables** | | | | 1,439.63 |

Sheet no. __32__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,172.12

B6F (Official Form 6F) (12/07) - Cont.

In re **CAH Acquisition Company 6, LLC** , Case No. **11-44744-drd11**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **UNIVERSITY OF MISSOURI** <br> **ATTN MS GINA GRAVES** <br> **#1 HOSPITAL DRIVE MA213** <br> **COLUMBIA, MO 65212** | - | | **Various** <br> **Trade Payables** | | | | 10.00 |
| Account No. <br><br> **UPS** <br> **LOCKBOX 577** <br> **CAROL STREAM, IL 60132-0577** | - | | **Various** <br> **Trade Payables** | | | | 407.47 |
| Account No. <br><br> **UPS FREIGHT** <br> **28013 NETWORK PLACE** <br> **CHICAGO, IL 60673-1280** | - | | **Various** <br> **Trade Payables** | | | | 344.43 |
| Account No. <br><br> **US Bank** <br> **P. O. Box 790448** <br> **St. Louis, MO** | - | | **Various** <br> **Trade Payables** | | | | 2,782.69 |
| Account No. <br><br> **US Endoscopy** <br> **5976 Heisley Road** <br> **Mentor, OH** | - | | **Various** <br> **Trade Payables** | | | | 780.53 |

Sheet no. __33__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,325.12**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **CAH Acquisition Company 6, LLC**                                    Case No.   **11-44744-drd11**
_____,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Various Trade Payables | | | | |
| VIBRANT MRI SVCS LLC PO BOX 330 COTTAGE GROVE, WI 53527-0330 | - | | | | | | | | 4,695.00 |
| Account No. | | | | | Various Trade Payables | | | | |
| VIRTUAL RADIOLOGIC CORP 11995 SINGLETREE LANE SUITE 500 MINNEAPOLIS, MN 55344 | - | | | | | | | | 2,981.50 |
| Account No. | | | | | Various Trade Payables | | | | |
| Vision Service Plan File #73077 P. O. Box 60000 San Francisco, CA | - | | | | | | | | 300.33 |
| Account No. | | | | | Various Trade Payables | | | | |
| VISUAL INSTRUMENTS PRODUCTS 3378 WEST STATE HIGHWAY O SPRINGFIELD, MO 65803-8081 | - | | | | | | | | 125.00 |
| Account No. | | | | | Various Trade Payables | | | | |
| Waste Corp of Missouri 24461 Oak Grove Ln Sedalia, MO 65301-9513 | - | | | | | | | | 175.89 |

Sheet no. __34__ of __35__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,277.72**

B6F (Official Form 6F) (12/07) - Cont.

In re __CAH Acquisition Company 6, LLC__ ,    Case No. __11-44744-drd11__
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Various Trade Payables | | | | |
| WIRED LLC 1617 W 3RD SEDALIA, MO 65301 | | - | | | | | | 360.00 |
| Account No. | | | | Various Trade Payables | | | | |
| WPS MEDICARE ATTN FINANCE DEPT PO BOX 8310 OMAHA, NE 68108-0310 | | - | | | | | | 89.32 |
| Account No. | | | | Various Trade Payables | | | | |
| ZOLL MEDICAL CORPORATION PO BOX 27028 NEW YORK, NY 10087-7028 | | - | | | | | | 447.25 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __35__ of __35__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 896.57 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 16,678,688.38 |

Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **CAH Acquisition Company 6, LLC**                                          Case No.   **11-44744-drd11**

_____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **3M Company**<br>**575 West Murray Boulevard**<br>**Murray, UT 84123-4611** | **Permits and Licenses**<br>**Lease No.:  07-0943**<br>**Commencement Date:  06/14/2007**<br>**Terms:  $6,952.16 per year payable quarterly, 60 months**<br>**Expires June 13, 2012**<br>**CPU and 3M software and Third Party content**<br><br>**Location:  I-70 Medical Center, Sweet Springs, Missouri** |
| **Aetna Health Management, LLC**<br>**100 North Riverside Plaza, Suite 1800**<br>**Chicago, IL 60606** | **Insurance Agreements, Expires August 31, 2012** |
| **Air Products**<br>**P O Box 360545M**<br>**Pittsburgh, PA 15251-0545** | **Miscellaneous Contracts, Expires April 19, 2012** |
| **Airgas**<br>**P O Box 802615**<br>**Chicago, IL 60680-2615** | **Miscellaneous Contracts, Expires September 19, 2012** |
| **Blue Cross Blue Shield of Kansas City**<br>**One Pershing Square**<br>**2301 Main Street**<br>**P. Box 419169**<br>**Kansas City, MO 64141-6169** | **Insurance Agreements - Blue Cross Allied Provider Group Participation Agreement, Expires April 30, 2012** |
| **Cardinal Health 110, Inc.**<br>**Pharmaceutical Distribution**<br>**5042 Collection Center Dr.**<br>**Chicago, IL 60693** | **Pharmacy Agreements, Expires August 31, 2012** |
| **Cardinal Health 200, LLC**<br>**Medical Products & Services**<br>**P. O. Box 730112**<br>**Dallas, TX 75373-0112** | **Lease No.:  05480/16313**<br>**Commencement Date:  09/24/2010**<br>**Rent: $1,600.78, 60 months**<br>**Equipment:  Vitros 350**<br>**Location:  I-70 Community Hospital, Sweet Springs, Missouri** |
| **Cardinal Health 411, Inc.**<br>**PO Box 70539**<br>**Chicago, IL 60673-0539** | **Pharmacy Agreements** |

**6**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re   **CAH Acquisition Company 6, LLC**                                      Case No.   **11-44744-drd11**
                                                                   ,
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **CareFusion**<br>**Lockbox 771952**<br>**1952 Solutions Center**<br>**Chicago, IL 60677** | **Equipment Rental Agreement, Expires January 3, 2016** |
| **Carefusion Solutions LLC**<br>**3750 Torrey View Court**<br>**San Diego, CA 92130** | **Lease No.: 204590**<br>**Commencement Date: 11/19/2010**<br>**Rent: $1,332.00, 60 months**<br>**Equipment: 6 Pyxis Products**<br>**Location: I-70 Community Hospital, Sweet Springs, Missouri** |
| **Carefusion Solutions LLC**<br>**3750 Torrey View Court**<br>**San Diego, CA 92130** | **Lease No.: 204590**<br>**Commencement Date: 11/19/2010**<br>**Rent: $344.00, 60 months**<br>**Contract: This is a Support Agreement that runs in conjunction with Rental Agreement between Lessor and Lessee**<br>**Location: I-70 Community Hospital, Sweet Springs, Missouri** |
| **CareLearning**<br>**100 Association Drive**<br>**Charleston, WV 25311** | **Education Affiliation Agreement - Chesapeake Health, Carelearning Contract, Expires October 21, 2012** |
| **Chance, Jolie R DO**<br>**607 South Main Street**<br>**Concordia, MO 64020** | **Employment Agreement, Expires July 31, 2013** |
| **Chandra, Ram MD** | **Physician: Contracted Services, Expires July 4, 2012** |
| **CIGNA Healthcare of St. Louis**<br>**7400 West 100th Street, Suite 400**<br>**Overland Park, KS 66210** | **Insurance Agreements, Expires July 14, 2012** |
| **Cintas**<br>**P O Box 633842**<br>**Cincinnati, OH 45263** | **Equipment Rental Agreement, Expires October 27, 2012** |
| **Clinishare, Inc.**<br>**19600 East 39th Street Toom 30335**<br>**Independence, MO 64057** | **Service Agreements - Expires November 30, 2011 - - currently have one month contract, waiting for 2012 contract** |
| **Computer Programs & Systems, Inc.**<br>**6600 Wall Street**<br>**Mobile, AL 36695** | **Computer Equipment**<br>**Commencement Date: 06/11/2009**<br>**Terms: $2952.25 per month; $1373 per month for support agreement, 48 months**<br>**Location: I-70 Community Hospital, Sweet Springs, Missouri** |

Sheet __1__ of __6__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **CAH Acquisition Company 6, LLC**                                      Case No.    **11-44744-drd11**
                                                            ,
                                    Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Concordia Industrial Development Company**<br>**P O Box 210**<br>**Concordia, MO 64020** | **Real Estate Lease (Hospital as Tenant), Expires September 30, 2013** |
| **Coventry Health Care of Kansas, Inc.**<br>**P O Box 6512**<br>**Carol Stream, IL 60197** | **Insurance Agreements, Expires December 31, 2011** |
| **Crown Linen Service, Inc.**<br>**P O Box 597**<br>**Mexico, MO 65265** | **Linen Supply Contract, Expires May 1, 2014** |
| **Debra Koch**<br>**607 South Main**<br>**Concordia, MO 64020** | **Employment Agreement - Advanced Practive Registered Nurse Employment Agreement, Expires August 31, 2013** |
| **Docs Who Care, PA**<br>**1337 S Fountain Drive**<br>**Olathe, KS 66061** | **Physician:  Contracted Services, Expires December 31, 2011** |
| **Don Stoll Illustrator, Inc.**<br>**P.O. Box 94**<br>**Alma, MO 64001** | **Real Estate Lease (Hospital as Tenant) - Lease Agreement for Alma Medical Clinic, Expires March 31, 2016** |
| **Ellett Memorial Hospital**<br>**610 North Ohio Avenue**<br>**Appleton City, MO 64724** | **Compliance, Expires December 14, 2020** |
| **EMBARQ**<br>**5454 W. 110th Street**<br>**Overland Park, KS 66211** | **Service Agreements - Other, Expires September 15, 2013** |
| **Engineered Recovery Systems, Inc.**<br>**PO Box 3220**<br>**Shawnee, KS 66203** | **Service Agreements - Other, Expires November 7, 2012** |
| **Farnam Street Financial, Inc.**<br>**240 Pondview Plaza**<br>**Opus Parkway**<br>**Minnetonka, MN 55343** | **Equipment Lease** |
| **First Financial Corporate Leasing**<br>**dba First Financial Healthcare Solutions**<br>**711 Kimberly Avenue  Suite 160**<br>**Placentia, CA 92870** | **Commencement Date:  08/23/2011**<br>**Terms:  42 months - $3,000 for 3 months, $7,000 for 6 months, $20,000 for 9 months, $330,000 for 4 months, $12,950 for 20 months**<br>**Nextgen Healthcare Information Systems** |
| **Gaba, Angela RN**<br>**210 Meadow Crest Ct.**<br>**Marshall, MO 65340** | **Employment Agreement, Expires December 31, 2012** |

Sheet   **2**   of   **6**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                              Best Case Bankruptcy

In re    **CAH Acquisition Company 6, LLC**                                    Case No.    **11-44744-drd11**
                                                    ,
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **General Electric Credit Corporation**<br>**PO Box 641419**<br>**Pittsburgh, PA 15264** | **Equipment Lease**<br>**Commencement Date:  12/10/2010**<br>**Terms:  $737.30 per month, 60 months**<br>**Location:  I-70 Community Hospital, Sweet Springs, Missouri**<br>**Prodigy Pro Full** |
| **Heartland Lions Eye Banks**<br>**404 Portland Street**<br>**Columbia, MO 65201** | **Miscellaneous Contracts, Expires February 10, 2012** |
| **Herrmann, Deborah A MD** | **Physician:  Employment Agreement - Dr. Hermann employment agreement, Expires August 31, 2014** |
| **Hospital Equipment Rental Company**<br>**21900 East 96th Street**<br>**Broken Arrow, OK 74014** | **Lease No.:  N/A**<br>**Commencement Date:  09/27/2010**<br>**Rent:  $10,973.00**<br>**Equipment:  GE Lightspeed Helical CT System Plus (refurbished) and accessories, 3 days of training, $35,000.00 CT Building**<br>**Location:  Fairfax Memorial Hospital, Fairfax, Oklahoma** |
| **Hospital Equipment Rental Company**<br>**21900 East 96th Street**<br>**Broken Arrow, OK 74014** | **Lease No.:  N/A**<br>**Commencement Date:  07/26/2010**<br>**Rent:  $11,000.00**<br>**Equipment:  GE Lightspeed Helical CT System (refurbished) and accessories, 4 days of training**<br>**Location:  I-70 Community Hospital, Sweet Springs, Missouri** |
| **Hospital Equipment Rental Company**<br>**21900 East 96th Street**<br>**Broken Arrow, OK 74014** | **Equipment Rental Agreement - Rental agreement for 16 slice CT scanner, Expires July 30, 2015** |
| **I-70 Medical Center**<br>**Larry Dean Koch President of Board**<br>**306 SE 10th**<br>**Concordia, MO 64020** | **Asset Purchase Agreement** |
| **Ice-Masters, Inc.**<br>**421 South Kentucky**<br>**Sedalia, MO 65301** | **Equipment Support/Service Agreement - IceMasters contract to service ice machines, Expires July 31, 2012** |
| **Jones Brothers Agricultural Services LLC**<br>**P O Box 217**<br>**La Monte, MO 65337** | **Equipment Rental Agreement, Expires May 31, 2015** |
| **Kaberline Healthcare Informatics, Inc.**<br>**PO Box 140067**<br>**Saint Louis, MO 63114** | **Billing Service Agreement, Expires December 2, 2011** |

Sheet   **3**   of   **6**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re    **CAH Acquisition Company 6, LLC**                                              Case No.    **11-44744-drd11**
                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Key Equipment Finance, Inc.**<br>**1000 S. McCaslin Blvd.**<br>**Superior, CO 80027** | **Lease No. 1116864/1240805**<br>**Commencement Date: 07/20/2006**<br>**Terms: $2,275.00 per month, 60 months**<br>**Location: I-70 Medical Center, Sweet Springs, Missouri**<br>**Fujinon, Inc. video gastroscope, video colonoscope, video bronchoscope, Summit imaging system and related equipment** |
| **Koch, Bill**<br>**Box 737**<br>**Chillicothe, MO 64601** | **Consulting Agreement, Expires October 9, 2012** |
| **Konica Minolta Business Solutions USA, Inc.**<br>**PO Box 790448**<br>**Saint Louis, MO 63179-0448** | **Equipment Rental Agreement, Expires March 25, 2014**<br>**Lease No.: 1108960**<br>**Commencement Date: 3/26/2009**<br>**Terms: $826.27 per month plus any overages, 60 months**<br>**Location: I-70 Community Hospital, Sweet Springs, Missouri**<br>**Two Konica Minolta Bizhub copying machines** |
| **Liberty Imaging Partners**<br>**9212 Nieman Road**<br>**Overland Park, KS 66214** | **Equipment Purchase Agreement - Lease of the PAC System, Expires October 13, 2015** |
| **Liberty Imaging Partners II, LLC**<br>**coCBIZ/Medical Management Professional**<br>**9212 Neiman Road**<br>**Overland Park, KS 66211** | **Lease No.: N/A**<br>**Commencement Date: 10/13/2010**<br>**Rent: $1,500.00 renewable annually and adjustable to comply with fair market value**<br>**Equipment: Web based imaging and communication system ("PAC System") for use by Alliance Radiology, P.A. which operates the radiology department**<br>**Location: I-70 Community Hospital, Sweet Springs, Missouri** |
| **Litton Pathology Associates**<br>**700 NW Hunter Drive**<br>**Blue Springs, MO** | **Employment Agreement - Medical Director of the Laboratory, Expires June 30, 2013** |
| **Lowe, Dara MD**<br>**526 Edgewood Drive**<br>**Warrensburg, MO 64093** | **Physician: Contracted Services, Expires October 31, 2012** |
| **MERRY X-RAY**<br>**PO BOX 471099**<br>**Tulsa, OK 74147-1099** | **Service Agreement - - Support -annual POC CR Service Support, Expires November 17, 2011** |
| **Metropolitan Sleep Services, Inc.**<br>**622 SW 3rd Street Suite E**<br>**Lees Summit, MO 64063** | **Clinical Service Agreements, Expires December 6, 2011** |

Sheet **4** of **6** continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re     **CAH Acquisition Company 6, LLC**                                          Case No.   **11-44744-drd11**
                                                          ,
                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| MHA Management Services Corporation<br>P O Box 6766<br>Jefferson City, MO 65102 | Human Resources, Expires January 1, 2015 |
| Midwest Coating, Inc.<br>3830 NW 16th<br>Topeka, KS 66618 | Miscellaneous Contracts - Roofing Guarantee, Expires June 13, 2012 |
| Midwest Transplant Network<br>1900 W. 47th Place, Suite 400<br>Westwood, KS 66205 | AAA Type, Expires May 3, 2012 |
| Oetting, Elisa Ann RN, CRNA<br>28642 Concordia Lake Road<br>Concordia, MO 64020 | Employment Agreement - Elisa Oetting, CRNA employment agreement, Expires March 31, 2013 |
| Performance Management Institute, LLC<br>50 Sewall Street, Suite 102<br>Portland, ME 04102 | Business Associate Agreements, Expires November 18, 2011 |
| Preferred Hospice of Missouri<br>(Central Lexington) LLC | Miscellaneous Contracts, Expires September 20, 2012 |
| Premier Specialty Network, LLC<br>3610 Buttonwood Drive<br>Columbia, MO 65201 | Physician:  Contracted Services - PSN contract - Gastroenterology, Expires June 30, 2012 |
| Primaris<br>200 N. Keene Street<br>Columbia, MO 65201 | Due Diligence, Expires January 8, 2012 |
| R&R Biomedical, LLC<br>857 W Hurt Street<br>Slater, MO 65349 | Equipment Purchase Agreement - R&R biomedical services contract Memorandum of Understanding with Research, Expires July 20, 2013 |
| Research College of Nursing<br>2525 E. Meyer Street<br>Kansas City, MO 64132 | Education Affiliation Agreement - College of Nursing, Expires August 28, 2012 |
| Schneiders, Robert<br>Barton Hall &  Schneiders PC<br>1117 S Broadway<br>Oak Grove, MO 64075 | |
| Shared Medical Services, Inc.<br>P O Box 330<br>Cottage Grove, WI 53527 | Radiology Services Agreement, Expires July 15, 2012 |
| Softscript, Inc.<br>Dept 3215<br>Los Angeles, CA 90084 | Miscellaneous Contracts, Expires October 19, 2012 |

Sheet   **5**   of   **6**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **CAH Acquisition Company 6, LLC**                                    Case No. __**11-44744-drd11**__
_____ ,
                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **United HealthCare Insurance Company**<br>**13655 Riverport Drive**<br>**Maryland Heights, MO 63043** | **Insurance Agreements, Expires September 14, 2012** |
| **University of Kansas Hospital Authority**<br>**Attn:  Stephen Smith**<br>**Director of Radiology, Program Director**<br>**3901 Rainbow Blvd., Mail Stop: 4032**<br>**Kansas City, KS 66160** | **Transfer Agreement, Expires October 31, 2012** |
| **University of Missouri**<br>**ATTN Ms Gina Graves**<br>**#1 Hospital Drive MA213**<br>**Columbia, MO 65212** | **Physician Services Agreement - Telehealth Credentialing & Privileging Agreement, Expires January 12, 2012** |
| **Village Hospice**<br>**400 N.W. Murray Road**<br>**Lees Summit, MO 64081** | **Miscellaneous Contracts, Expires November 30, 2011** |
| **Virtual Radiologic Corporation**<br>**11995 Singletree Lane Suite 500**<br>**Minneapolis, MN 55344** | **Radiology Services Agreement - Night Hawk Radiologists, Expires November 30, 2012** |
| **WPS Medicare**<br>**PO Box 1787**<br>**Madison, WI** | **Medicare Contract** |

Sheet __**6**__ of __**6**__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **CAH Acquisition Company 6, LLC**                                    Case No.    **11-44744-drd11**
_____ ,
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **CAH Acquisition Company # 1, LLC**<br>**dba Washington County Hospital**<br>**958 US Highway 64 East**<br>**Plymouth, NC 27963** | **Farnam Street Financial, Inc.**<br>**240 Pondview Plaza**<br>**Opus Parkway**<br>**Minnetonka, MN 55343** |
| **CAH Acquisition Company # 1, LLC**<br>**dba Washington County Hospital**<br>**958 US Highway 64 East**<br>**Plymouth, NC 27963** | **CPSI**<br>**6600 Wall Street**<br>**Mobile, AL 36695** |
| **CAH Acquisition Company # 1, LLC**<br>**dba Washington County Hospital**<br>**958 US Highway 64 East**<br>**Plymouth, NC 27963** | **HPCG Hospital Investment, Inc.**<br>**21090 North Pima Road**<br>**Scottsdale, AZ 85255** |
| **CAH Acquisition Company # 2, LLC**<br>**dba Oswego Medical Center**<br>**800 Barker Drive**<br>**Oswego, KS 67356** | **Farnam Street Financial, Inc.**<br>**240 Pondview Plaza**<br>**Opus Parkway**<br>**Minnetonka, MN 55343** |
| **CAH Acquisition Company # 2, LLC**<br>**dba Oswego Medical Center**<br>**800 Barker Drive**<br>**Oswego, KS 67356** | **CPSI**<br>**6600 Wall Street**<br>**Mobile, AL 36695** |
| **CAH Acquisition Company # 2, LLC**<br>**dba Oswego Medical Center**<br>**800 Barker Drive**<br>**Oswego, KS 67356** | **HPCG Hospital Investment, Inc.**<br>**21090 North Pima Road**<br>**Scottsdale, AZ 85255** |
| **CAH Acquisition Company # 3, LLC**<br>**dba Horton Community Hospital**<br>**240 West 18th Street**<br>**Horton, KS 66439** | **Farnam Street Financial, Inc.**<br>**240 Pondview Plaza**<br>**Opus Parkway**<br>**Minnetonka, MN 55343** |
| **CAH Acquisition Company # 3, LLC**<br>**dba Horton Community Hospital**<br>**240 West 18th Street**<br>**Horton, KS 66439** | **CPSI**<br>**6600 Wall Street**<br>**Mobile, AL 36695** |
| **CAH Acquisition Company # 3, LLC**<br>**dba Horton Community Hospital**<br>**240 West 18th Street**<br>**Horton, KS 66439** | **HPCG Hospital Investment, Inc.**<br>**21090 North Pima Road**<br>**Scottsdale, AZ 85255** |

**3**
____  continuation sheets attached to Schedule of Codebtors

In re    __CAH Acquisition Company 6, LLC__          ,    Case No.  __11-44744-drd11__

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| CAH Acquisition Company # 4, Inc.<br>dba Drumright Regional Hospital<br>610 W. Truck Bypass<br>Drumright, OK 74030 | Farnam Street Financial, Inc.<br>240 Pondview Plaza<br>Opus Parkway<br>Minnetonka, MN 55343 |
| CAH Acquisition Company # 4, Inc.<br>dba Drumright Regional Hospital<br>610 W. Truck Bypass<br>Drumright, OK 74030 | CPSI<br>6600 Wall Street<br>Mobile, AL 36695 |
| CAH Acquisition Company # 4, Inc.<br>dba Drumright Regional Hospital<br>610 W. Truck Bypass<br>Drumright, OK 74030 | HPCG Hospital Investment, Inc.<br>21090 North Pima Road<br>Scottsdale, AZ 85255 |
| CAH Acquisition Company # 5, LLC<br>dba Hillsboro Community Hospital<br>701 S. Main Street<br>Hillsboro, KS 67063 | Farnam Street Financial, Inc.<br>240 Pondview Plaza<br>Opus Parkway<br>Minnetonka, MN 55343 |
| CAH Acquisition Company # 5, LLC<br>dba Hillsboro Community Hospital<br>701 S. Main Street<br>Hillsboro, KS 67063 | CPSI<br>6600 Wall Street<br>Mobile, AL 36695 |
| CAH Acquisition Company # 5, LLC<br>dba Hillsboro Community Hospital<br>701 S. Main Street<br>Hillsboro, KS 67063 | HPCG Hospital Investment, Inc.<br>21090 North Pima Road<br>Scottsdale, AZ 85255 |
| CAH Acquisition Company # 7, LLC<br>dba Prague Community Hospital<br>1322 Klabzuba Ave.<br>Prague, OK 74864 | Farnam Street Financial, Inc.<br>240 Pondview Plaza<br>Opus Parkway<br>Minnetonka, MN 55343 |
| CAH Acquisition Company # 7, LLC<br>dba Prague Community Hospital<br>1322 Klabzuba Ave.<br>Prague, OK 74864 | CPSI<br>6600 Wall Street<br>Mobile, AL 36695 |
| CAH Acquisition Company # 7, LLC<br>dba Prague Community Hospital<br>1322 Klabzuba Ave.<br>Prague, OK 74864 | HPCG Hospital Investment, Inc.<br>21090 North Pima Road<br>Scottsdale, AZ 85255 |
| CAH Acquisition Company # 7, LLC<br>dba Prague Community Hospital<br>1322 Klabzuba Ave.<br>Prague, OK 74864 | First Financial Corporate Leasing<br>dba First Financial Healthcare Solutions<br>711 Kimberly Avenue   Suite 160<br>Placentia, CA 92870 |

Sheet __1__ of __3__ continuation sheets attached to the Schedule of Codebtors

In re     **CAH Acquisition Company 6, LLC**                                        ,     Case No.    **11-44744-drd11**

                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **CAH Acquisition Company # 9, LLC**<br>**dba Seiling Community Hospital**<br>**N Highway 60**<br>**Seiling, OK 73663** | **Farnam Street Financial, Inc.**<br>**240 Pondview Plaza**<br>**Opus Parkway**<br>**Minnetonka, MN 55343** |
| **CAH Acquisition Company # 9, LLC**<br>**dba Seiling Community Hospital**<br>**N Highway 60**<br>**Seiling, OK 73663** | **CPSI**<br>**6600 Wall Street**<br>**Mobile, AL 36695** |
| **CAH Acquisition Company # 9, LLC**<br>**dba Seiling Community Hospital**<br>**N Highway 60**<br>**Seiling, OK 73663** | **HPCG Hospital Investment, Inc.**<br>**21090 North Pima Road**<br>**Scottsdale, AZ 85255** |
| **CAH Acquisition Company #10, LLC**<br>**dba Yadkin Valley Community Hospital**<br>**624 W. Main Street**<br>**PO Box 68**<br>**Yadkinville, NC 27055** | **Farnam Street Financial, Inc.**<br>**240 Pondview Plaza**<br>**Opus Parkway**<br>**Minnetonka, MN 55343** |
| **CAH Acquisition Company #10, LLC**<br>**dba Yadkin Valley Community Hospital**<br>**624 W. Main Street**<br>**PO Box 68**<br>**Yadkinville, NC 27055** | **CPSI**<br>**6600 Wall Street**<br>**Mobile, AL 36695** |
| **CAH Acquisition Company #10, LLC**<br>**dba Yadkin Valley Community Hospital**<br>**624 W. Main Street**<br>**PO Box 68**<br>**Yadkinville, NC 27055** | **HPCG Hospital Investment, Inc.**<br>**21090 North Pima Road**<br>**Scottsdale, AZ 85255** |
| **CAH Acquisition Company #11, LLC**<br>**dba Lauderdale Community Hospital**<br>**326 Asbury Ave.**<br>**Ripley, TN 38063-5577** | **Farnam Street Financial, Inc.**<br>**240 Pondview Plaza**<br>**Opus Parkway**<br>**Minnetonka, MN 55343** |
| **CAH Acquisition Company #11, LLC**<br>**dba Lauderdale Community Hospital**<br>**326 Asbury Ave.**<br>**Ripley, TN 38063-5577** | **CPSI**<br>**6600 Wall Street**<br>**Mobile, AL 36695** |
| **CAH Acquisition Company #11, LLC**<br>**dba Lauderdale Community Hospital**<br>**326 Asbury Ave.**<br>**Ripley, TN 38063-5577** | **HPCG Hospital Investment, Inc.**<br>**21090 North Pima Road**<br>**Scottsdale, AZ 85255** |
| **CAH Acquisition Company #11, LLC**<br>**dba Lauderdale Community Hospital**<br>**326 Asbury Ave.**<br>**Ripley, TN 38063-5577** | **First Financial Corporate Leasing**<br>**dba First Financial Healthcare Solutions**<br>**711 Kimberly Avenue   Suite 160**<br>**Placentia, CA 92870** |

Sheet __2__ of __3__ continuation sheets attached to the Schedule of Codebtors

In re    **CAH Acquisition Company 6, LLC**                Case No.   **11-44744-drd11**
                           Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **CAH Acquisition Company #12, LLC**<br>**dba Fairfax Community Hospital**<br>**40 Hospital Road**<br>**Fairfax, OK 74637** | **Farnam Street Financial, Inc.**<br>**240 Pondview Plaza**<br>**Opus Parkway**<br>**Minnetonka, MN 55343** |
| **CAH Acquisition Company #12, LLC**<br>**dba Fairfax Community Hospital**<br>**40 Hospital Road**<br>**Fairfax, OK 74637** | **CPSI**<br>**6600 Wall Street**<br>**Mobile, AL 36695** |
| **CAH Acquisition Company #16, LLC**<br>**dba Haskell Community Hospital**<br>**401 NW H Street**<br>**Stigler, OK 74462** | **Farnam Street Financial, Inc.**<br>**240 Pondview Plaza**<br>**Opus Parkway**<br>**Minnetonka, MN 55343** |
| **CAH Acquisition Company #16, LLC**<br>**dba Haskell Community Hospital**<br>**401 NW H Street**<br>**Stigler, OK 74462** | **CPSI**<br>**6600 Wall Street**<br>**Mobile, AL 36695** |
| **CAH Acquisition Company #16, LLC**<br>**dba Haskell Community Hospital**<br>**401 NW H Street**<br>**Stigler, OK 74462** | **First Financial Corporate Leasing**<br>**dba First Financial Healthcare Solutions**<br>**711 Kimberly Avenue   Suite 160**<br>**Placentia, CA 92870** |
| **HMC/CAH Consolidated, Inc.**<br>**1100 Main Street, Suite 2350**<br>**Kansas City, MO 64105** | **Farnam Street Financial, Inc.**<br>**240 Pondview Plaza**<br>**Opus Parkway**<br>**Minnetonka, MN 55343** |
| **HMC/CAH Consolidated, Inc.**<br>**1100 Main Street, Suite 2350**<br>**Kansas City, MO 64105** | **CPSI**<br>**6600 Wall Street**<br>**Mobile, AL 36695** |
| **HMC/CAH Consolidated, Inc.**<br>**1100 Main Street, Suite 2350**<br>**Kansas City, MO 64105** | **HPCG Hospital Investment, Inc.**<br>**21090 North Pima Road**<br>**Scottsdale, AZ 85255** |

Sheet  **3**  of  **3**  continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Western District of Missouri

In re    **CAH Acquisition Company 6, LLC**                 Case No.    **11-44744-drd11**

                            Debtor(s)          Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Chief Legal Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**57**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **January 6, 2012**                    Signature    **/s/ Dennis Davis**

                                                  **Dennis Davis**

                                                  **Chief Legal Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Western District of Missouri

In re   **CAH Acquisition Company 6, LLC**      Case No.    **11-44744-drd11**

                                       Debtor(s)      Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
|---|---|---|
| **$8,175,420.00** | **FY 2011 Ending 09/30/2011** | **Operation of Business** |
| **$6,893,915.00** | **FY 2010 Ending 09/30/2010** | **Operation of Business** |
| **$3,738,488.00** | **FY 2009 Ending 09/30/2009** | **Operation of Business** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

               AMOUNT                        SOURCE

2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | Aggregate |
|---|---|---|---|
| **Abbott Laboratories / GE Company**<br>**100 Abbott Park Road**<br>**Department 0943, AP6C**<br>**Abbott Park, IL 60064** | **8/12/11** | **$7,692.66** | **$0.00** |
| **Abbott Laboratories / GE Company**<br>**100 Abbott Park Road**<br>**Department 0943, AP6C**<br>**Abbott Park, IL 60064** | **8/12/11** | **$758.65** | **$0.00** |
| **Abbott Laboratories / GE Company**<br>**100 Abbott Park Road**<br>**Department 0943, AP6C**<br>**Abbott Park, IL 60064** | **8/26/11** | **$347.66** | **$3,730.02** |
| **Agility Health, Inc.** | **9/15/11** | **$1,500.00** | **$0.00** |
| **Agility Health, Inc.** | **9/23/11** | **$1,500.00** | **$0.00** |
| **Agility Health, Inc.** | **9/30/11** | **$3,000.00** | **$0.00** |
| **Agility Therapy** | **7/22/11** | **$4,753.77** | **$0.00** |
| **Agility Therapy** | **8/4/11** | **$6,500.00** | **$0.00** |
| **Agility Therapy** | **8/26/11** | **$1,500.00** | **$0.00** |
| **Agility Therapy** | **9/2/11** | **$3,250.00** | **$4,500.00** |
| **Alliance Radiology, PA**<br>**9212 Nieman Road**<br>**Overland Park, KS 66214** | **7/22/11** | **$5,442.00** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AGGREGATE |
|---|---|---|---|
| Alliance Radiology, PA<br>9212 Nieman Road<br>Overland Park, KS 66214 | 8/26/11 | $4,688.00 | $0.00 |
| Alliance Radiology, PA<br>9212 Nieman Road<br>Overland Park, KS 66214 | 9/15/11 | $4,569.00 | $0.00 |
| Alliance Radiology, PA<br>9212 Nieman Road<br>Overland Park, KS 66214 | 9/23/11 | $5,238.00 | $5,670.00 |
| Beckman Coulter<br>250 South Kraimer Boulevard<br>Brea, CA 92821 | 7/14/11 | $580.72 | $0.00 |
| Beckman Coulter<br>250 South Kraimer Boulevard<br>Brea, CA 92821 | 8/18/11 | $290.36 | $0.00 |
| Beckman Coulter<br>250 South Kraimer Boulevard<br>Brea, CA 92821 | 8/26/11 | $640.00 | $0.00 |
| Beckman Coulter<br>250 South Kraimer Boulevard<br>Brea, CA 92821 | 9/15/11 | $4,942.00 | $0.00 |
| Beckman Coulter<br>250 South Kraimer Boulevard<br>Brea, CA 92821 | 9/23/11 | $290.36 | $1,573.55 |
| Blue Cross & Blue Shield | 9/2/11 | $26,130.14 | $0.00 |
| Cardinal Health | 9/15/11 | $862.98 | $0.00 |
| Cardinal Health | 9/23/11 | $217.82 | $0.00 |
| Cardinal Health | 8/26/11 | $245.74 | $0.00 |
| Cardinal Health | 7/22/11 | $2,093.60 | $0.00 |
| Cardinal Health | 8/4/11 | $3,515.53 | $0.00 |
| Cardinal Health | 8/12/11 | $6,536.56 | $0.00 |
| Cardinal Health | 9/1/11 | $6,040.77 | $0.00 |
| Cardinal Health | 10/5/11 | $11,932.24 | $32,421.38 |
| Cardinal Health Pharmacy | 8/12/11 | $3,222.81 | $0.00 |
| Cardinal Health Pharmacy | 7/27/11 | $7,472.24 | $0.00 |
| Cardinal Health Pharmacy | 8/4/11 | $10,000.00 | $0.00 |
| Cardinal Health Pharmacy | 9/2/11 | $8,677.34 | $0.00 |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AGGREGATE |
|---|---|---|---|
| **Cardinal Health Pharmacy** | **9/8/11** | **$6,913.61** | **$0.00** |
| **Cardinal Health Pharmacy** | **9/26/11** | **$7,765.11** | **$12,475.33** |
| **Cardmember Services Visa** | **8/4/11** | **$2,284.97** | **$0.00** |
| **Cardmember Services Visa** | **9/2/11** | **$950.00** | **$0.00** |
| **Cardmember Services Visa** | **9/15/11** | **$654.18** | **$0.00** |
| **Cardmember Services Visa** | **9/23/11** | **$2,121.19** | **$0.00** |
| **CenturyLink** | **7/27/11** | **$458.14** | **$0.00** |
| **CenturyLink** | **8/12/11** | **$1,938.84** | **$0.00** |
| **CenturyLink** | **8/12/11** | **$331.89** | **$0.00** |
| **CenturyLink** | **8/18/11** | **$2,067.65** | **$0.00** |
| **CenturyLink** | **9/23/11** | **$497.99** | **$0.00** |
| **CenturyLink** | **10/7/11** | **$828.30** | **$3,711.93** |
| **Clinical Coding Solutions** | **8/26/11** | **$1,079.00** | **$0.00** |
| **Clinical Coding Solutions** | **7/22/11** | **$1,869.00** | **$0.00** |
| **Clinical Coding Solutions** | **9/2/11** | **$931.00** | **$0.00** |
| **Clinical Coding Solutions** | **9/23/11** | **$1,066.00** | **$0.00** |
| **Clinical Coding Solutions** | **9/30/11** | **$2,516.71** | **$2,789.63** |
| **Community Blood Center** | **8/4/11** | **$5,000.00** | **$0.00** |
| **Community Blood Center** | **9/2/11** | **$1,784.83** | **$0.00** |
| **Community Blood Center** | **9/15/11** | **$2,990.68** | **$0.00** |
| **Community Blood Center** | **9/23/11** | **$894.32** | **$0.00** |
| **Community Blood Center** | **9/30/11** | **$2,480.15** | **$3,657.84** |
| **Concordia Industrial Development Company** | **7/22/11** | **$1,750.00** | **$0.00** |
| **Concordia Industrial Development Company** | **8/4/11** | **$3,500.00** | **$0.00** |

5

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AGGREGATE |
|---|---|---|---|
| **Concordia Industrial Development Company** | **8/26/11** | **$1,750.00** | **$0.00** |
| **Concordia Industrial Development Company** | **9/15/11** | **$2,750.00** | **$0.00** |
| **Concordia Industrial Development Company** | **9/23/11** | **$1,750.00** | **$10,500.00** |
| **CPSI**<br>**6600 Wall Street**<br>**Mobile, AL 36695** | **9/23/11** | **$6,523.38** | **$126,468.47** |
| **Crown Linen Service**<br>**215 S. Jefferson**<br>**Mexico, MO** | **7/14/11** | **$3,370.58** | **$0.00** |
| **Crown Linen Service**<br>**215 S. Jefferson**<br>**Mexico, MO** | **8/4/11** | **$1,365.94** | **$0.00** |
| **Crown Linen Service**<br>**215 S. Jefferson**<br>**Mexico, MO** | **8/18/11** | **$1,146.90** | **$0.00** |
| **Crown Linen Service**<br>**215 S. Jefferson**<br>**Mexico, MO** | **9/10/11** | **$743.34** | **$0.00** |
| **Crown Linen Service**<br>**215 S. Jefferson**<br>**Mexico, MO** | **9/15/11** | **$1,032.61** | **$0.00** |
| **Crown Linen Service**<br>**215 S. Jefferson**<br>**Mexico, MO** | **9/23/11** | **$2,055.00** | **$1,053.44** |
| **Docs Who Care**<br>**1337 S. Fountain Drive**<br>**Olathe, KS** | **7/14/11** | **$10,000.00** | **$0.00** |
| **Docs Who Care**<br>**1337 S. Fountain Drive**<br>**Olathe, KS** | **9/15/11** | **$4,275.70** | **$0.00** |
| **Docs Who Care**<br>**1337 S. Fountain Drive**<br>**Olathe, KS** | **8/26/11** | **$15,000.00** | **$3,874.77** |
| **First Call Medical, Inc.**<br>**4125 S. Sheridan Road**<br>**Tulsa, OK 74145** | **7/14/11** | **$2,266.00** | **$0.00** |
| **First Call Medical, Inc.**<br>**4125 S. Sheridan Road**<br>**Tulsa, OK 74145** | **9/10/11** | **$5,857.10** | **$0.00** |
| **First Liberty Bank**<br>**9601 N. May Ave.**<br>**Oklahoma City, OK 73120** | **7/27/11** | **$61,767.48** | **$0.00** |
| **First Liberty Bank**<br>**9601 N. May Ave.**<br>**Oklahoma City, OK 73120** | **9/2/11** | **$61,767.48** | **$0.00** |
| **First Liberty Bank**<br>**9601 N. May Ave.**<br>**Oklahoma City, OK 73120** | **9/30/11** | **$61,767.48** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AGGREGATE |
|---|---|---|---|
| **Fisher Healthcare** | **9/30/11** | **$10,000.00** | **$0.00** |
| **Flexible Medical Staffing** | **8/26/11** | **$1,397.00** | **$0.00** |
| **Flexible Medical Staffing** | **8/4/11** | **$5,000.00** | **$0.00** |
| **Flexible Medical Staffing** | **9/10/11** | **$2,153.25** | **$0.00** |
| **Flexible Medical Staffing** | **9/15/11** | **$2,088.00** | **$11,049.00** |
| **GlaxoSmithKline Pharmaceuticals P. O. Box 740415 Atlanta, GA** | **8/18/11** | **$2,094.93** | **$0.00** |
| **GlaxoSmithKline Pharmaceuticals P. O. Box 740415 Atlanta, GA** | **9/10/11** | **$785.13** | **$0.00** |
| **GlaxoSmithKline Pharmaceuticals P. O. Box 740415 Atlanta, GA** | **9/23/11** | **$1,260.91** | **$0.00** |
| **GlaxoSmithKline Pharmaceuticals P. O. Box 740415 Atlanta, GA** | **10/4/11** | **$2,094.93** | **$1,288.82** |
| **HERC 21900 East 96th Street Broken Arrow, OK** | **10/4/11** | **$11,000.00** | **$0.00** |
| **HERC 21900 East 96th Street Broken Arrow, OK** | **8/10/11** | **$11,000.00** | **$11,000.00** |
| **HMC/CAH Consolidated, Inc.** | **7/20/11** | **$26,445.88** | **$0.00** |
| **KCPL P. O. Box 219330 Kansas City, MO 64121-9330** | **7/22/11** | **$142.92** | **$0.00** |
| **KCPL P. O. Box 219330 Kansas City, MO 64121-9330** | **7/14/11** | **$9,256.06** | **$0.00** |
| **KCPL P. O. Box 219330 Kansas City, MO 64121-9330** | **8/12/11** | **$9,973.13** | **$0.00** |
| **KCPL P. O. Box 219330 Kansas City, MO 64121-9330** | **8/18/11** | **$347.42** | **$0.00** |
| **KCPL P. O. Box 219330 Kansas City, MO 64121-9330** | **8/26/11** | **$212.75** | **$18,069.07** |
| **KCP&L 219703 P. O. Box 219703 Kansas City, MO** | **7/22/11** | **$537.43** | **$0.00** |
| **KCP&L 219703 P. O. Box 219703 Kansas City, MO** | **8/18/11** | **$440.00** | **$1,175.95** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | Aggregate |
|---|---|---|---|
| **Key Equipment Finance** <br> **2025 Ontario Avenue** <br> **Cleveland, OH** | **7/14/11** | **$2,275.00** | **$0.00** |
| **Key Equipment Finance** <br> **2025 Ontario Avenue** <br> **Cleveland, OH** | **8/12/11** | **$2,684.50** | **$0.00** |
| **Key Equipment Finance** <br> **2025 Ontario Avenue** <br> **Cleveland, OH** | **9/2/11** | **$2,275.00** | **$164.99** |
| **Konica Minolta** | **7/14/11** | **$1,127.61** | **$0.00** |
| **Konica Minolta** | **8/4/11** | **$1,115.77** | **$0.00** |
| **Konica Minolta** | **8/26/11** | **$268.92** | **$0.00** |
| **Konica Minolta** | **8/26/11** | **$1,052.83** | **$0.00** |
| **Konica Minolta** | **9/15/11** | **$1,098.50** | **$0.00** |
| **Konica Minolta - BizHub** | **7/14/11** | **$256.00** | **$0.00** |
| **Konica Minolta - BizHub** | **8/18/11** | **$1,221.62** | **$0.00** |
| **Konica Minolta - BizHub** | **9/15/11** | **$228.63** | **$0.00** |
| **Konica Minolta - BizHub** | **9/23/11** | **$209.25** | **$1,249.58** |
| **Labcorp** | **7/14/11** | **$2,511.02** | **$0.00** |
| **Labcorp** | **8/18/11** | **$1,951.21** | **$0.00** |
| **Labcorp** | **9/2/11** | **$3,420.67** | **$0.00** |
| **Labcorp** | **9/10/11** | **$2,952.65** | **$26.62** |
| **Medline Industries, Inc.** <br> **Dept. 1080** <br> **P. O. Box 121080** <br> **Dallas, TX 75312-1080** | **7/14/11** | **$3,434.14** | **$0.00** |
| **Medline Industries, Inc.** <br> **Dept. 1080** <br> **P. O. Box 121080** <br> **Dallas, TX 75312-1080** | **9/2/11** | **$621.96** | **$0.00** |
| **Medline Industries, Inc.** <br> **Dept. 1080** <br> **P. O. Box 121080** <br> **Dallas, TX 75312-1080** | **9/10/11** | **$2,525.04** | **$1,816.55** |
| **Mesirow Insurance Svcs** | **8/16/11** | **$378.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AGGREGATE . |
|---|---|---|---|
| **Mesirow Insurance Svcs** | **8/18/11** | **$172.00** | **$0.00** |
| **Mesirow Insurance Svcs** | **8/19/11** | **$22,466.03** | **$0.00** |
| **Mesirow Insurance Svcs** | **8/26/11** | **$1,088.00** | **$0.00** |
| **Mesirow Insurance Svcs** | **9/30/11** | **$1,088.00** | **$288.00** |
| **Milliman Care Guideline** | **9/2/11** | **$6,318.72** | **$0.00** |
| **Missouri Valley Pharmac** | **7/14/11** | **$1,500.00** | **$0.00** |
| **Missouri Valley Pharmac** | **8/4/11** | **$1,500.00** | **$0.00** |
| **Missouri Valley Pharmac** | **8/12/11** | **$1,500.00** | **$0.00** |
| **Missouri Valley Pharmac** | **9/23/11** | **$1,500.00** | **$9,036.57** |
| **MOHEFA** **Attn: Mr. Stanard** | **7/27/11** | **$2,123.95** | **$0.00** |
| **MOHEFA** **Attn:  Mr. Stanard** | **9/2/11** | **$4,247.90** | **$0.00** |
| **MOHEFA** **Attn:  Mr. Stanard** | **9/23/11** | **$2,123.95** | **$0.00** |
| **Physicians Reference La** | **7/14/11** | **$9,000.84** | **$8,636.25** |
| **Preston Howerton** | **7/22/11** | **$5,000.00** | **$0.00** |
| **Preston Howerton** | **8/26/11** | **$5,000.00** | **$0.00** |
| **PSN** | **7/27/11** | **$4,454.57** | **$0.00** |
| **PSN** | **8/12/11** | **$4,459.39** | **$0.00** |
| **PSN** | **7/22/11** | **$8,854.57** | **$0.00** |
| **PSN** | **8/26/11** | **$10,656.71** | **$0.00** |
| **PSN** | **9/2/11** | **$7,882.45** | **$0.00** |
| **PSN** | **9/15/11** | **$7,472.34** | **$0.00** |
| **PSN** | **9/30/11** | **$7,740.68** | **$0.00** |
| **PSN** | **9/23/11** | **$4,907.31** | **$0.00** |
| **Satellite Shelters** | **9/29/11** | **$8,500.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AGGREGATE . |
|---|---|---|---|
| **Satellite Shelters** | **8/4/11** | **$2,021.60** | **$0.00** |
| **Satellite Shelters** | **8/26/11** | **$4,043.20** | **$0.00** |
| **Satellite Shelters** | **9/10/11** | **$4,043.20** | **$0.00** |
| **SKC Communications Prod** | **7/14/11** | **$5,000.00** | **$0.00** |
| **SKC Communications Prod** | **7/22/11** | **$5,781.68** | **$0.00** |

None   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
☐   creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
  spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Clinical Coding Solutions** | **2/21/2011; 3/10/2011; 3/17/2011; 4/21/2011;** | **$24,469.71** | **$0.00** |
| **Owner, Tom McCarthy, Director of HMC** | **6/30/2011; 7/22/2011; 8/26/2011; 9/2/2011; 9/23/2011; 9/30/2011** | | |
| **Davenport, Julie** **105 Hospital Drive** **Sweet Springs, MO** | **Salary, benefits and other reimbursements - 10/22/2010 through** | **$113,373.97** | **$0.00** |
| **Hospital CEO** | **10/07/2011** | | |
| **McIntyre, Scott** | **05/12/11 (Other Reimbursement)** | **$1,226.25** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐   this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
  whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **HMC/CAH Consolidated, Inc. v HighPointe Hospital Investments Case No. 1116-CV-17183** | **Breach of Contract** | **Circuit Court of Jackson County, Missouri** | **Pending** |

None   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■   preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
  property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
  filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

10

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Husch Blackwell, LLP 4801 Main Street Suite 1000 Kansas City, MO 64112** | **See 2016 Statement filed in main case (HMC/CAH Consolidated, Inc.; Case No. 11-44738)** | |

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Citizens Bank, N.A.**<br>**8101 W. 135th Street**<br>**Overland Park, KS 66223** | **Checking - 1181** | **$55.00 - 8/12/2011** |
| **Citizens Bank, N.A.**<br>**8101 W. 135th Street**<br>**Overland Park, KS 66223** | **Checking - 2102** | **$149,988.08 - 5/11/2011** |
| **Citizens Bank, N. A.**<br>**8101 W. 135th Street**<br>**Overland Park, KS 66223** | **Checking - 2592** | **$34.02 - 5/5/2011** |

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

12

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **CAH Acquisition Company 6, LLC** | **26-3464641** | **dba I-70 Community Hospital 105 Hospital Drive Sweet Springs, MO 65351** | **Critical access hospital** | **3/1/2009 through present** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Gary Clifton, former treasurer and CFO 14401 Meadow Court Leawood, KS 66224** | **2007 through June 2010** |
| **James Sneed, Treasurer and CFO 1100 Main Street, Suite 2350 Kansas City, MO 64105** | **June 2010 through present** |
| **Jeff Gannon I-70 Medical Center** | **CEO at hospital until became regional manager and accounting functions centralized** |

None ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **LarsonAllen** | **600 N. Washington Avenue, Suite 1800** | |
| | **Saint Louis, MO 63101** | |

None
☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **James Sneed and/or Carrie Scott** | **HMC/CAH Consolidated, Inc.** |
| | **1100 Main Street, Suite 2350** |
| | **Kansas City, MO 64105** |
| **Davis, Dennis (Secretary)** | **HMC/CAH Consolidated, Inc.** |
| | **1100 Main Street Suite 2350** |
| | **Kansas City, MO 64105** |
| **Lagergren, Brent (Assst Secretary)** | **HMC / CAH Consolidated, Inc.** |
| | **1100 Main St. Suite 2350** |
| | **Kansas City, MO 64105** |

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **HPCG Hospital Investment, Inc.** | |
| **21020 North Pima Road** | |
| **Scottsdale, AZ 85255** | |
| **First Liberty Bank** | |
| **9601 N. May Ave.** | |
| **Oklahoma City, OK 73120** | |
| **Other** | **NOTE: See list filed in main case (HMC/CAH** |
| | **Consolidated, Inc.; Case No. 11-44738)** |

---

**20. Inventories**

None
■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

15

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **HMC/CAH Consolidated, Inc.**<br>**1100 Main Street, Suite 2350**<br>**Kansas City, MO 64105** | **Sole Member** | **100%** |
| **Larry Arthur**<br>**1100 Main Street, Suite 2350**<br>**Kansas City, MO 64105** | **President and Managing Director** | |
| **Julie Davenport**<br>**105 Hospital Drive**<br>**Sweet Springs, MO 65351** | **Vice President and Managing Director** | |
| **James Sneed**<br>**1100 Main Street, Suite 2350**<br>**Kansas City, MO 64105** | **Treasurer** | |
| **Dennis Davis**<br>**1100 Main Street, Suite 2350**<br>**Kansas City, MO 64105** | **Secretary** | |
| **Brent Lagergren**<br>**1100 Main Street, Suite 2350**<br>**Kansas City, MO 64105** | **Assistant Secretary** | |
| **Gordon Docking**<br>**1100 Main Street, Suite 2350**<br>**Kansas City, MO 64105** | **Managing Director** | |
| **Trent Skaggs**<br>**1100 Main Street, Suite 2350**<br>**Kansas City, MO 64105** | **Managing Director** | |
| **Bill May**<br>**487 Christine**<br>**Las Vegas, NM 87701** | **Managing Director** | |

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ☐  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **See Attachment A** | | |

16

**24. Tax Consolidation Group.**

None
☐

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **HMC/CAH Consolidated, Inc.** | **26-0206921** |

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|
| **HMC/CAH Consolidated, Inc. Employee Savings Plan Company: First National Bank** | **26-0206921** |
| **HMC/CAH Consolidated, Inc. Employee Savings Plan Company: Principal Life Insurance Company** | **42-0127290** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **January 6, 2012**          Signature **/s/ Dennis Davis**

**Dennis Davis**
**Chief Legal Officer**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

In re   **CAH Acquisition Company 6, LLC**                                    Case No.   **11-44744-drd11**

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS
### Attachment A

**23 . Withdrawals from a partnership or distributions by a corporation**
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS OF RECIPIENT:  Julie Davenport, 105 Hospital Drive, Sweet Springs, MO  65351

RELATIONSHIP TO DEBTOR:  Vice President and Managing Director

| Date | Purpose | Amount |
|------|---------|--------|
| 10/22/2010 | Salary | $4,038.46 |
| 11/5/2010 | Salary | 4,038.46 |
| 11/19/2010 | Salary | 4,038.46 |
| 12/3/2010 | Salary | 4,138.46 |
| 12/17/2010 | Salary | 4,038.46 |
| 12/31/2010 | Salary | 4,158.47 |
| 1/14/2011 | Salary | 4,038.46 |
| 1/28/2011 | Salary | 4,038.46 |
| 2/11/2011 | Salary | 4,038.46 |
| 2/25/2011 | Salary | 4,038.46 |
| 3/11/2011 | Salary | 4,038.46 |
| 3/25/2011 | Salary | 4,038.46 |
| 4/8/2011 | Salary | 4,038.46 |
| 4/22/2011 | Salary | 4,038.46 |
| 5/6/2011 | Salary | 4,038.46 |
| 5/20/2011 | Salary | 4,038.46 |
| 6/3/2011 | Salary | 4,038.46 |
| 6/17/2011 | Salary | 4,038.47 |
| 7/1/2011 | Salary | 4,038.47 |
| 7/15/2011 | Salary | 4,038.47 |
| 7/29/2011 | Salary | 4,038.47 |
| 8/12/2011 | Salary | 4,038.47 |
| 8/26/2011 | Salary | 4,038.46 |
| 9/9/2011 | Salary | 4,038.46 |
| 9/23/2011 | Salary | 4,038.47 |
| 10/7/2011 | Salary | 4,038.46 |
|  |  | $105,220.00 |
|  | Benefits | $5,196.00 |

# United States Bankruptcy Court
## Western District of Missouri

In re    **CAH Acquisition Company 6, LLC**             Case No.   **11-44744-drd11**

Debtor(s)        Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CAH Acquisition Company 6, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**HMC/CAH Consolidated, Inc.**
**1100 Main Street Suite 2350**
**Kansas City, MO 64105**

☐ None [*Check if applicable*]

**January  6, 2012**

Date

**/s/ Mark T. Benedict MO Bar**

**Mark T. Benedict MO Bar #44621**

Signature of Attorney or Litigant

Counsel for   **CAH Acquisition Company 6, LLC**

**Husch Blackwell LLP**
**4801 Main Street, Suite 1000**
**Kansas City, MO 64112**
**816-983-8000 Fax:816-983-8080**
**mark.benedict@huschblackwell.com**