# Exhibit 1

Form of Notice of Entry of Confirmation Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
KANSAS CITY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| HMC/CAH CONSOLIDATED, INC., | ) | Case No.   11-44738-11 |
| CAH ACQUISITION COMPANY #1, LLC | ) | Case No.   11-44739-11 |
| CAH ACQUISITION COMPANY #2, LLC, | ) | Case No.   11-44740-11 |
| CAH ACQUISITION COMPANY #3, LLC, | ) | Case No.   11-44741-11 |
| CAH ACQUISITION COMPANY #4, INC., | ) | Case No.   11-44742-11 |
| CAH ACQUISITION COMPANY #5, LLC, | ) | Case No.   11-44743-11 |
| CAH ACQUISITION COMPANY 6, LLC, | ) | Case No.   11-44744-11 |
| CAH ACQUISITION COMPANY 7, LLC, | ) | Case No.   11-44745-11 |
| CAH ACQUISITION COMPANY 9, LLC, | ) | Case No.   11-44746-11 |
| CAH ACQUISITION COMPANY 10, LLC, | ) | Case No.   11-44747-11 |
| CAH ACQUISITION COMPANY 11, LLC, | ) | Case No.   11-44748-11 |
| CAH ACQUISITION COMPANY 12, LLC, | ) | Case No.   11-44749-11 |
| CAH ACQUISITION COMPANY 16, LLC, | ) | Case No.   11-44750-11 |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Chapter 11 |
| | ) | |

**NOTICE OF (A) ENTRY OF CONFIRMATION ORDER AND (B) PROCEDURES
FOR THE FILING OF REJECTION DAMAGES CLAIMS AND
BAR DATE RELATED THERETO**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. **Confirmation of the Joint Plan.**

    HMC/CAH Consolidated, Inc. and 12 of its wholly-owned subsidiaries, debtors and
debtors-in-possession in the above-captioned cases and identified in the paragraph below
(collectively, the "Debtors"), hereby give notice that, on December [__], 2012 (the
"Confirmation Date"), the Honorable Dennis R. Dow, United States Bankruptcy Judge, entered
an order (the "Confirmation Order") [Docket No. ___] confirming the Debtors' Second Amended
Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code (As Modified) (as
modified through the Confirmation Date, the "Joint Plan") including certain Findings of Fact and
Conclusions of Law with respect thereto.  Unless otherwise defined in this Notice, capitalized
terms and phrases used herein have the meanings set forth in the Joint Plan.

    The Debtors in these proceedings and the last four digits of each Debtor's federal
taxpayer identification number are as follows: HMC/CAH Consolidated, Inc. (6921); CAH
Acquisition Company #1, LLC (d/b/a Washington County Community Hospital) (4473); CAH
Acquisition Company #2, LLC (d/b/a Oswego Medical Center) (2041); CAH Acquisition
Company #3, LLC (d/b/a Horton Community Hospital) (1827); CAH Acquisition Company #4,

Inc. (d/b/a Drumright Regional Hospital) (0680); CAH Acquisition Company #5, LLC (d/b/a Hillsboro Community Hospital) (0149); CAH Acquisition Company 6, LLC (d/b/a I-70 Community Hospital) (4641); CAH Acquisition Company 7, LLC (d/b/a Prague Community Hospital) (5335); CAH Acquisition Company 9, LLC  (d/b/a Seiling Community Hospital) (1868); CAH Acquisition Company 10, LLC (d/b/a Yadkin Valley Community Hospital) (2520); CAH Acquisition Company 11, LLC (d/b/a Lauderdale Community Hospital) (0527); CAH Acquisition Company 12, LLC (d/b/a Fairfax Community Hospital) (0967); and CAH Acquisition Company 16, LLC (d/b/a Haskell County Community Hospital) (2420).

**2.** **Deadline for Filing Claims Arising from Rejection of Executory Contracts or Unexpired Leases.**

If the rejection by a Debtor, pursuant to the Joint Plan, of an executory contract or unexpired lease results in a Rejection Damages Claim (as defined in the Confirmation Order), then such Rejection Damages Claim shall be **forever barred and shall not be enforceable** against any Debtor or Reorganized Debtor, their estates, successors, or properties unless a Proof of Claim is filed with the Clerk of the Bankruptcy Court for the Western District of Missouri, 400 East Ninth Street, Kansas City, Missouri  64106 and served upon counsel to the Debtors, Husch Blackwell LLP, Attn: Mark T. Benedict, 4801 Main Street, Suite 1000, Kansas City, Missouri 64112 so as to actually be ***received*** on or before **January 28, 2013**.

Any person or entity asserting a Rejection Damages Claim against more than one Debtor must file a separate Proof of Claim with respect to each such Debtor and identify on each Proof of Claim the particular Debtor against which the Rejection Damages Claim is asserted.

For the avoidance of doubt (and notwithstanding any indication on the Court's docket that "(ALL Pleadings to be filed in #11-44738)"), a Rejection Damages Claims asserted against an individual debtor must be filed in its individual bankruptcy proceeding, as below:

Any claim asserted against HMC/CAH Consolidated, Inc. must be filed in its bankruptcy proceeding, Case No. 11-44738.

Any claim asserted against CAH Acquisition Company #1, LLC (Washington County Community Hospital) must be filed in its bankruptcy proceeding, Case No. 11-44739.

Any claim asserted against CAH Acquisition Company #2, LLC (Oswego Medical Center) must be filed in its bankruptcy proceeding, Case No. 11-44740.

Any claim asserted against CAH Acquisition Company #3, LLC (Horton Community Hospital) must be filed in its bankruptcy proceeding, Case No. 11-44741.

Any claim asserted against CAH Acquisition Company #4, Inc. (Drumright Regional Hospital) must be filed in its bankruptcy proceeding, Case No. 11-44742.

Any claim asserted against CAH Acquisition Company #5, LLC (Hillsboro Community Hospital) must be filed in its bankruptcy proceeding, Case No. 11-44743.

Any claim asserted against CAH Acquisition Company 6, LLC (I-70 Community Hospital) must be filed in its bankruptcy proceeding, Case No. 11-44744.

Any claim asserted against CAH Acquisition Company 7, LLC (Prague Community Hospital) must be filed in its bankruptcy proceeding, Case No. 11-44745.

Any claim asserted against CAH Acquisition Company 9, LLC (Seiling Community Hospital) must be filed in its bankruptcy proceeding, Case No. 11-44746.

Any claim asserted against CAH Acquisition Company 10, LLC (Yadkin Valley Community Hospital) must be filed in its bankruptcy proceeding, Case No. 11-44747.

Any claim asserted against CAH Acquisition Company 11, LLC (Lauderdale Community Hospital) must be filed in its bankruptcy proceeding, Case No. 11-44748.

Any claim asserted against CAH Acquisition Company 12, LLC (Fairfax Community Hospital) must be filed in its bankruptcy proceeding, Case No. 11-44749.

Any claim asserted against CAH Acquisition Company 16, LLC (Haskell County Community Hospital) must be filed in its bankruptcy proceeding, Case No. 11-44750.

Proofs of Claim will be deemed filed at the time they are actually received at the address of the Clerk of the Court listed above.  Proof of Claim forms must substantially conform to the official form B 10 available at http://www.uscourts.gov/uscourts/RulesAndPolicies/rules/BK_Forms_Current.  Proofs of Claim must be filled out in the English language and any amounts claimed must be converted into United States dollars.  Proofs of Claim filed by hand delivery or courier service must be delivered to the Clerk of the Court between the hours of 9:00 a.m. and 4:00 p.m., prevailing Central time, on regular business days.

**PROOFS OF CLAIM MAY NOT BE FILED BY FACSIMILE TRANSMISSIONS, TELECOPY, OR ELECTRONIC MAIL (OTHER THAN THROUGH THIS COURT'S CM/ECF SYSTEM), AND ANY REJECTION DAMAGES CLAIMS SUBMITTED BY SUCH METHODS SHALL NOT BE CONSIDERED TO BE VALIDLY FILED REJECTION DAMAGES CLAIMS.**

> **All Rejection Damages Claims must be filed <u>against the</u> <u>appropriate Debtor</u> and filed <u>in the appropriate Debtor's</u> <u>bankruptcy proceeding</u> with the Clerk of the Bankruptcy Court for the Western District of Missouri, 400 East Ninth Street, Kansas City, Missouri 64106 and served upon counsel to the Debtors, Husch Blackwell LLP, Attn: Mark T. Benedict, 4801 Main Street, Suite 1000, Kansas City, Missouri 64112 so as to actually be <u>*received*</u> on or before <u>January 28, 2013</u>**

**3.     Copies of Joint Plan and Confirmation Order.**  Any party-in-interest who wishes to obtain a copy of the Joint Plan, any Exhibits or Schedules to the Joint Plan or the Confirmation Order may contact counsel for the Debtors at the HMC/CAH Consolidated Bankruptcy Information Hotline (1-800-795-7290) or HMCRestructuring@huschblackwell.com.  All documents are also available for a fee via PACER at https://ecf.mowb.uscourts.gov/.  In addition, all documents that are filed with the Bankruptcy Court may be reviewed during regular business hours (9:00 a.m. to 4:00 p.m. weekdays, except legal holidays) at the office of the Clerk, United States Bankruptcy Court for the Western District of Missouri 400 E. 9th Street Room 1510, Kansas City, Missouri 64106.

Dated: December [__], 2012
      Kansas City, Missouri

              HUSCH BLACKWELL LLP
              Mark T. Benedict        #44621
              Marshall C. Turner      #58053
              Matthew Gartner        #64320
              4801 Main Street, Suite 1000
              Kansas City, Missouri 64112
              Telephone: (816) 983-8000
              Facsimile: (816) 983-8080
              mark.benedict@huschblackwell.com
              marshall.turner@huschblackwell.com
              matthew.gartner@huschblackwell.com

              *Attorneys for the Debtors and Debtors-in-Possession*

              HMC/CAH Consolidated Bankruptcy Information:
              Toll Free: (800) 795-7290
              Email: HMCRestructuring@huschblackwell.com