# Exhibit 5

Schedule of Management Rights Sale
Projected EBITDA Reductions

| EBITDA TRIGGER, CURRENT FORECAST | | | |
|---|---|---|---|
| YEAR | Forecasted EBITDA | Attachment Point (%) | Attachment Point ($) |
| 2013 | **11,715,835** | 97.5% | 11,422,939 |
| 2014 | **12,582,603** | 80.0% | 10,066,082 |
| 2015 | **11,795,444** | 80.0% | 9,436,355 |
| 2016 | **12,664,763** | 80.0% | 10,131,811 |
| 2017 | **12,841,507** | 80.0% | 10,273,206 |
| 2018 | **12,931,261** | 80.0% | 10,345,009 |
| 2019 | **13,325,011** | 80.0% | 10,660,009 |
| 2020 | **13,553,897** | 80.0% | 10,843,118 |
| 2021 | **13,800,859** | 80.0% | 11,040,687 |
| 2022 | **14,102,319** | 80.0% | 11,281,855 |
| 2023 | **14,371,786** | 80.0% | 11,497,429 |

| EBITDA TRIGGER IF MGMT CONTRACT IS SOLD | | | |
|---|---|---|---|
| YEAR | Forecasted EBITDA | Attachment Point (%) | Attachment Point ($) |
| 2013 | **10,683,374** | 97.5% | 10,416,290 |
| 2014 | **11,433,784** | 80.0% | 9,147,027 |
| 2015 | **10,498,914** | 80.0% | 8,399,131 |
| 2016 | **11,212,757** | 80.0% | 8,970,206 |
| 2017 | **11,490,424** | 80.0% | 9,192,340 |
| 2018 | **11,510,060** | 80.0% | 9,208,048 |
| 2019 | **11,860,590** | 80.0% | 9,488,472 |
| 2020 | **12,085,172** | 80.0% | 9,668,138 |
| 2021 | **12,291,352** | 80.0% | 9,833,081 |
| 2022 | **12,562,200** | 80.0% | 10,049,760 |
| 2023 | **12,805,424** | 80.0% | 10,244,339 |